1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
6  COMPANY OF AMERICA

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ELIZABETH E. EDWARDS,              CASE NO.

12                   Plaintiff,        **CERTIFICATION AND NOTICE**
                                       **OF INTERESTED PARTIES**
13          v.                         **[Local Rule 3-16(b)(3)]**

14  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA; THE H.F.
15  AHMANSON & COMPANY LONG TERM
    DISABILITY PLAN; and DOES 1 through 20,
16  INCLUSIVE,

17                   Defendants.

18  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

19          Pursuant to Civil Local Rule 3-16(b)(3), the undersigned certifies that as of this date, other

20  than the named parties, there is no such interest to report.

21  DATED: __11/14__, 2007

22                                     GORDON & REES LLP

23

24                                     By_____
                                           Ronald K. Alberts
25                                         Tad A. Devlin
                                           Attorneys for Defendant
26                                         THE PRUDENTIAL INSURANCE
                                           COMPANY OF AMERICA

27

28
                                        -1-
CERTIFICATION AND NOTICE OF INTRESTED PARTIES          CASE NO._____
[LOCAL RULE 3-16(b)(3)]