1    RONALD K. ALBERTS (SBN 100017)
     TAD A. DEVLIN (SBN 190355)
2    GORDON & REES LLP
     275 Battery Street, Suite 2000
3    San Francisco, CA 94111
     Telephone: (415) 986-5900
4    Facsimile: (415) 986-8054

5    Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
6    COMPANY OF AMERICA

7

8             UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    ELIZABETH E. EDWARDS,        CASE NO.

12            Plaintiff,    **NOTICE OF RELATED CASES**
                           **(Local Rules 3-12)**
13      v.

14    THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA; THE H.F.
     AHMANSON & COMPANY LONG TERM
15    DISABILITY PLAN; and DOES 1 through 20,
     INCLUSIVE,
16            Defendants.

17

18    TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

19       Pursuant to Civil Local Rule 3-12, the undersigned certifies that as of this date, there are no

20    related cases.

21    DATED: _____11/14_____, 2007

22                    GORDON & REES LLP

23

24           By_____
                 Ronald K. Alberts
25            Tad A. Devlin
           Attorneys for Defendant
26           THE PRUDENTIAL INSURANCE
           COMPANY OF AMERICA

27

28

-1-