RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>        Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br>        Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)**<br><br>ORAL ARGUMENT REQUESTED |

   In support of its motion to dismiss Plaintiff Elizabeth E. Edwards' Second, Third and Fourth Causes of Action in her complaint and request for a jury trial, pursuant to Fed R. Civ. P. 12(b)(6), Defendant The Prudential Insurance Company of America, by and through its attorney, hereby requests the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

   1.  Plaintiff Elizabeth E. Edwards' complaint against The Prudential Insurance Company of America and H.F. Ahmanson & Company Long Term Disability Plan, originally

/ / /

/ / /

/ / /

1 filed in San Francisco Superior Court, subsequently removed to this Court and now the above
2 captioned action. A true and correct copy of the complaint is attached hereto as **Exhibit B**.

4 DATED: November 21st, 2007        GORDON & REES LLP

By: ___/s/___
TAD A. DEVLIN
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, and THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN