1    RONALD K. ALBERTS (SBN 100017)
     TAD A. DEVLIN (SBN 190355)
2    GORDON & REES LLP
     275 Battery Street, Suite 2000
3    San Francisco, CA  94111
     Telephone:  (415) 986-5900
4    Facsimile:  (415) 986-8054

5    Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
6    COMPANY OF AMERICA, REAL PARTY IN
     INTEREST, AND THE H.F. AHMANSON &
7    COMPANY LONG TERM DISABILITY
     PLAN

8

9             UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   ELIZABETH E. EDWARDS, | CASE NO. 3:07-cv-5807 (VRW) |
| 13            Plaintiff, | **DECLARATION OF EDITH J. EWING IN SUPPORT OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)]** |
| 14      v. | |
| 15   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM | |
| 16   DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE, | ORAL ARGUMENT REQUESTED |
| 17            Defendants. | |

18

19        Declaration of Edith J. Ewing In Support of The Prudential Insurance Company of

20   America's Motion to Dismiss [Fed. R. Civ. P. 12(b)(6)]

21        I, Edith J. Ewing, declare as follows:

22        1.     I am a Director of Contracts, with The Prudential Insurance Company of America

23   ("Prudential"). I submit this declaration in support of Prudential's Motion to Dismiss plaintiff

24   Elizabeth E. Edwards' Second, Third and Fourth Causes of Action and request for jury trial

25   contained in her Complaint in the above referenced action. I have personal knowledge of the

26   way Prudential prepares and maintains group insurance contracts. If called as a witness in this

27   action, I could and would competently testify thereto.

28

PRU/1047840/5221736v.1

-1-

DECLARATION OF EDITH J. EWING IN SUPPORT OF THE PRUDENTIAL INS. CO. OF AMERICA'S
MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)]        Case No. 3:07-cv-5807 (VRW)

1      2.     Attached hereto as **Exhibit A** is a true and correct copy of Prudential Group

2  Insurance Contract, G-99361, issued to H.F. Ahmanson & Company, effective January 1, 1995

3  through July 1, 1999 and the H.F. Ahmanson Long Term Disability Plan Booklet/Certificate

4  (which is made a part of the Group Insurance Contract).

5      I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct to the best of my knowledge and belief and that this declaration was

7  executed in Roseland, New Jersey, on November 20, 2007.

                                           EDITH J. EWING

DECLARATION OF EDITH J. EWING IN SUPPORT OF THE PRUDENTIAL INS. CO. OF AMERICA'S
MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)]        Case No. 3:07-cv-5807 (VRW)