RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>　　　　　　　Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS [FED. R. CIV. P. 12(b)(6)]** |

Defendant The Prudential Insurance Company of America ("Prudential") filed a motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Elizabeth E. Edwards' ("Edwards") Second, Third and Fourth Causes of Action set forth in her complaint in this action. Prudential also seeks an order denying Edwards' request for a jury trial.

Prudential's motion was heard on January 3, 2008, before Honorable Vaughn R. Walker in this Court.

Considering the parties' papers regarding Prudential's motion and hearing oral argument, Prudential's motion is GRANTED, as set forth below:

IT IS HEREBY ORDERED as follows:

1.　　Edwards' Second Cause of Action for Breach of Fiduciary Duty is dismissed with prejudice because it is preempted by ERISA;

PRU/1047840/5218259v.1

-1-

[PROPOSED] ORDER GRANTING DEFT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S MOTION TO DISMISS
CASE NO. 3:07-CV-5807 (VRW)

-2-

2. Edwards' Third Cause of Action for Equitable Relief is dismissed with prejudice because it is preempted by ERISA and Edwards has an adequate available remedy under ERISA for alleged wrongful termination of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B);

3. Edwards' Fourth Cause of Action for Failure to Produce Documents is dismissed with prejudice because Prudential is neither a long term disability plan sponsor, nor administrator subject to civil penalties for alleged failure to produce documents; and

4. Edwards' request for a jury trial is denied because it is not authorized under ERISA.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Judge of the District Court