1  Terrence J. Coleman   (State Bar No. 172183)
   Brian H. Kim          (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery Street, 31st Floor
4  San Francisco, California 94111
   Telephone: (415) 433-8000
5  Facsimile: (415) 433-4816
   E-mail: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
6
7  Attorneys for Plaintiff,
   ELIZABETH E. EDWARDS
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11 ELIZABETH E. EDWARDS,              )   Case No.  3:07-CV-5807 (VRW)
                                      )
12                 Plaintiff,         )
                                      )   **DECLARATION OF TERRENCE J.**
13                                    )   **COLEMAN IN SUPPORT OF**
                                      )   **PLAINTIFF'S MOTION TO**
14 v.                                 )   **REMAND**
                                      )
15 THE PRUDENTIAL INSURANCE           )
   COMPANY OF AMERICA; THE H.F.       )   Date:  January 3, 2008
16 AHMANSON & COMPANY LONG            )   Time:  2:30 p.m.
   TERM DISABILITY PLAN; and DOES 1   )   Courtroom 6, 17th Floor
17 through 20, inclusive,             )   Hon. Vaughn R. Walker
                                      )
18                 Defendants.        )
                                      )
19 ─────────────────────────────      )

20

21     I, Terrence J. Coleman, declare:

22         1.     I am an attorney at law duly admitted to practice before all courts

23 of the State of California and before the Northern District.  I am a partner in the

24 law firm of Pillsbury & Levinson, LLP, counsel of record for Plaintiff Elizabeth E.

25 Edwards in the above action.  I make this declaration of my own personal

26 knowledge and, if called as a witness, I could and would competently testify as to

27 the matters set forth herein.

28
                                     1
   COLEMAN DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND Case No. 3:07-CV-5807 (VRW)

2.      Plaintiff filed the instant action in San Francisco County Superior Court on October 11, 2007.  A true and correct copy of Plaintiff's Complaint is attached hereto as **Exhibit A**.

3.      On October 15, 2007, Plaintiff served Defendant The H.F. Ahmanson & Company Long Term Disability Plan with the Summons and Complaint.  Attached hereto as **Exhibit B** is a true and correct copy of the proof of service filed with the San Francisco County Superior Court.

4.      On October 22, 2007, Plaintiff served Defendant Prudential Insurance Company of America with the Summons and Complaint.  Attached hereto as **Exhibit C** is a true and correct copy of the proof of service filed with the San Francisco County Superior Court.

5.      On or about November 14, 2007, I received Prudential's Notice of Removal of this case to this Court.  A true and correct copy of the Notice of Removal is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on November 29, 2007.

_____/s/_____
Terrence J. Coleman

COLEMAN DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND Case No. 3:07-CV-5807 (VRW)