1  Terrence J. Coleman   (State Bar No. 172183)
   Brian H. Kim          (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
5  Facsimile: (415) 433-4816
   E-mail: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
6
7  Attorneys for Plaintiff,
   ELIZABETH E. EDWARDS
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11  ELIZABETH E. EDWARDS,            )   Case No. 3:07-CV-5807 (VRW)
12                                   )
                 Plaintiff,          )   [PROPOSED] ORDER GRANTING
13                                   )   PLAINTIFF'S MOTION TO
    v.                               )   REMAND
14                                   )
                                     )   Date: January 3, 2008
15  THE PRUDENTIAL INSURANCE         )   Time: 2:30 p.m.
    COMPANY OF AMERICA; THE H.F.     )   Courtroom 6, 17th Floor
16  AHMANSON & COMPANY LONG          )   Hon. Vaughn R. Walker
    TERM DISABILITY PLAN; and DOES 1 )
17  through 20, inclusive,           )
                                     )
18               Defendants.         )
19                                   )

20

21      Plaintiff's Motion to Remand came on regularly before this Court for

22  hearing on January 3, 2008. Plaintiff Elizabeth E. Edwards was represented by

23  her counsel of record, Pillsbury & Levinson, LLP; Defendant The Prudential

24  Insurance Company of America was represented by its counsel of record,

25  Gordon & Rees, LLP.

26      Having considered the papers filed in support of and in opposition to this

27  Motion and the oral argument presented at the hearing, the Court grants

28

1  Plaintiff's Motion to Remand and hereby orders that this matter be remanded to
2  the Superior Court of California, County of San Francisco.
3
4      IT IS SO ORDERED.
5
6  Dated: January ___, 2007
7                                              _____
                                                Hon. Vaughn R. Walker
                                                United States District Court

2

[PROPOSED] ORDER                                         Case No. 3:07-CV-5807 (VRW)