Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff,
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-5807 (VRW)<br><br>**PLAINTIFF ELIZABETH E. EDWARDS' DEMAND FOR TRIAL BY JURY** |

Plaintiff hereby demands a trial by jury on all issues in this action in accordance with the Federal Rules of Civil Procedure.

DATED: December 3, 2007                PILLSBURY & LEVINSON, LLP


By: _____/s/_____
Terrence J. Coleman, Esq.
Attorneys for Plaintiff,
ELIZABETH E. EDWARDS