RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>               Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA; THE H.F.<br>AHMANSON & COMPANY LONG TERM<br>DISABILITY PLAN; and DOES 1 through 20,<br>INCLUSIVE,<br>               Defendants. | CASE NO. 3:07-CV-5807 (VRW)<br><br>**DEFENDANTS THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO EDWARDS' MOTION TO REMAND**<br><br>Date:       January 3, 2008<br>Time:      2:30 p.m.<br>Location:  Courtroom 6, 17th Floor<br>Before:    Hon. Vaughn R. Walker |

   In support of their opposition to plaintiff Elizabeth E. Edwards' Motion to Remand, Defendants The Prudential Insurance Company of America and The H.F. Ahmanson & Company Long Term Disability Plan (collectively referred to as "Defendants"), by and through their attorneys, hereby request the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following:

   1.   The H.F. Ahmanson & Company's Certificate of Surrender of Right to Transact Intrastate Business filed with the California Secretary of State, attached as **Exhibit 1**.

/ / /

/ / /

-1-
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO
EDWARDS' MOTION TO REMAND [CASE NO. 3:07-CV-5807 (VRW)]

2. The H.F. Ahmanson & Company's United States Securities and Exchange Commission selected filings pertaining to its merger with Washington Mutual, Inc., attached as **Exhibit 2**.

DATED: December 13th, 2007

                GORDON & REES LLP

                By _____
                    Ronald K. Alberts
                    Tad A. Devlin
                    Attorneys for Defendants
                    THE PRUDENTIAL INSURANCE
                    COMPANY OF AMERICA and
                    THE H.F. AHMANSON & COMPANY
                    LONG TERM DISABILITY PLAN

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

-2-
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO EDWARDS' MOTION TO REMAND [CASE NO. 3:07-CV-5807 (VRW)]

# State of California
## Secretary of State

## CERTIFICATE OF FILING

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **29th day of April, 2005,** there was filed, in accordance with the statutory provisions of the California Corporations Code, a Certificate of Surrender of Right to Transact Intrastate Business by **H.F. AHMANSON & COMPANY,** a **Delaware** corporation.

Further, that thereby said corporation's corporate existence has ceased in California.

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of December 3, 2007.



*Debra Bowen*

DEBRA BOWEN
Secretary of State

**EXHIBIT 1**

ms

NP-25 (REV 1/2007)                                    OSP 06 99731

## State of California
### Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of __2__ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

DEC 1 1 2007

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)   OSP 06 99733

Case 3:07-cv-05807-VRW    Document 18    Filed 12/13/2007    Page 5 of 18

APR-29-2005 15:58   FRAN. TAX BOARD   00773801   916 645 0700   P.03

#1276031

**CERTIFICATE OF SURRENDER OF RIGHT TO TRANSACT INTRASTATE BUSINESS**

FILED
In the office of the Secretary of State
of the State of California

APR 29 2005

On behalf and by authority of:

H.F. Ahmanson & Company
(Name of Corporation)

a corporation organized under the laws of ___Delaware___
(State or Place of Incorporation)

the undersigned officer of said corporation does hereby certify and declare:

1. Said corporation hereby surrenders its right and authority to transact intrastate business in the State of California.

2. Said corporation hereby revokes its designation of agent for the service of process in California.

3. Said corporation consents that process against it in any action upon any liability or obligation incurred within the State of California prior to the filing of this Certificate of Surrender of Right to Transact Intrastate Business may be served upon the Secretary of State of the State of California.

4. The post office address to which the Secretary of State may mail copies of any process against the corporation that is served upon the Secretary of State is

c/o Barbara Potashnick, Washington Mutual Bank

1201 Third Ave., WMT1706, Seattle, WA 98101

_____
(Signature of Corporate Officer)

Meryl K. Seely, Assistant Secretary*
(Typed Name and Title of Officer Signing)

*Assistant Secretary of Washington Mutual, Inc. ("WMI"), successor-in-interest to H.F. Ahmanson & Company ("HFA") by merger of HFA with and into WMI on October 1, 1999.

Secretary of State Form
SURRENDER-CORPORATION (04-01)

TOTAL P.03

APR-29-2005 15:57    FRAN. TAX BOARD                    916 845 0780    P.02

**STATE OF CALIFORNIA**
**FRANCHISE TAX BOARD**
PO Box 942857
Sacramento CA 94257-2021
Telephone (800) 883-5910 Fax (916) 845-4461

# Tax Clearance Certificate

EXPIRATION DATE: July 28, 2005

April 29, 2005

Roburt Waldow
H. F. AHMANSON & COMPANY
1201 THIRD AVE.,
SEATTLE WA 98101

ISSUED TO: H. F. AHMANSON & COMPANY
Expiration Date: 07/28/2005
ENTITY: 1276031

The date a business entity ceases to exist is established when the California Secretary of State (SOS) receives, accepts, and files all the required forms to officially close the entity. By the expiration date shown on this Tax Clearance Certificate you must ensure that all the required forms to dissolve, withdraw, surrender, cancel, merge, or convert are submitted to and filed by the SOS. If the SOS does not officially close your business entity by the expiration date above, your business entity may remain subject to additional taxes, penalties, interest, and fees.

Your business entity is also subject to normal filing requirements through the date established by the SOS. If you provided an assumer with your request for tax clearance, the assumer must ensure that the state income tax returns for your business entity are (or have been) filed with the Franchise Tax Board through the date established by the SOS. Additionally, the assumer must ensure that all state income tax liabilities are paid.

By issuing this Tax Clearance Certificate, we certify that you have either paid all taxes imposed on your business entity or that you have secured them by providing an assumer, bond, or cash deposit. However, the business entity, its assumers, or transferees still remain liable for any subsequent assessments during the applicable statute of limitations. We sent a copy of this certificate to the SOS. Please keep this original for your records.

The Office of the Secretary of State is located at 1500 11th Street, Third Floor, Sacramento, California 95814-5701. You can also visit their Website at www.ss.ca.gov for more information.

Eric Scheidegger
Taxpayer Advocate Support
Telephone (800) 883-5910



```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 D+JBe+fwEmr9+a4daxDKR6eEQCwgNq4MSKFth8z5iDK1qwXFnOGJb7bVjAeWE20C
 e/O4z1S6aMrVBq9m7E6XrA==

<SEC-DOCUMENT>0000927087-98-000129.txt : 19981023
<SEC-HEADER>0000927087-98-000129.hdr.sgml : 19981023
ACCESSION NUMBER:              0000927087-98-000129
CONFORMED SUBMISSION TYPE:     15-12B
PUBLIC DOCUMENT COUNT:         1
FILED AS OF DATE:              19981022
SROS:                          NYSE

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:             AHMANSON H F & CO /DE/
                CENTRAL INDEX KEY:                  0000771667
                STANDARD INDUSTRIAL CLASSIFICATION: SAVINGS INSTITUTION, FEDERAL
                IRS NUMBER:                         950479700
                STATE OF INCORPORATION:             DE
                FISCAL YEAR END:                    1231

        FILING VALUES:
                FORM TYPE:          15-12B
                SEC ACT:
                SEC FILE NUMBER:    001-07108
                FILM NUMBER:        98729198

        BUSINESS ADDRESS:
                STREET 1:           4900 RIVERGRADE RD
                CITY:               IRWINDALE
                STATE:              CA
                ZIP:                91706
                BUSINESS PHONE:     8189606311
</SEC-HEADER>
<DOCUMENT>
<TYPE>15-12B
<SEQUENCE>1
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM 15

Certification and Notice of Termination of Registration under Section 12(g) of the Securities Exchange Act of 1934 or Suspension of Duty to File Reports Under Sections 13 and 15(d) of the Securities Exchange Act of 1934.

Commission File Number   1-8930

H.F. Ahmanson & Company

**EXHIBIT 2**

(Exact name of registrant as specified in its charter)

4900 Rivergrade Road, Irwindale, California 91706, (626) 960-6311
(Address, including zip code, and telephone number,
including area code, of registrant's principal executive offices)

Common Stock, par value $.01 per share
6.00% Cumulative Convertible Preferred Stock,
Series D (Title of each class of securities covered
by this Form)

None
(Titles of all other classes of securities for which
a duty to file reports under section 13(a) or
15(d) remains)

Please place an X in the box(es) to designate the appropriate rule  provision(s) relied upon to terminate or suspend the duty to file reports:

| | | | |
|---|---|---|---|
| Rule 12g-4(a)(1)(i) | |_| | Rule 12h-3(b)(1)(ii) | |_| |
| Rule 12g-4(a)(1)(ii) | |_| | Rule 12h-3(b)(2)(i) | |_| |
| Rule 12g-4(a)(2)(i) | |_| | Rule 12h-3(b)(2)(ii) | |_| |
| Rule 12g-4(a)(2)(ii) | |_| | Rule 15d-6 | |_| |
| Rule 12h-3(b)(1)(i) | |X| | | |

Approximate  number of holders of record as of the certification or notice date: None

Pursuant to the  requirements of the Securities  Exchange Act of 1934 Washington Mutual, Inc. as successor to Registrant has caused this  certification/notice to be signed on its behalf by the undersigned duly authorized person.

```
                              WASHINGTON MUTUAL, INC.
                              (as successor to H. F. Ahmanson & Company)

DATE:   October 13, 1998
                              /s/ Kerry K. Killinger
                              ---------------------------------------
                              Kerry K. Killinger, President
                              and Chief Executive Officer
```

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 Ip6GeIuaJiMC71Vie+pPCkxRiGm3snDCiGCGHnMjRMQIH7Ye68gvhzX3stzxnrK1
 blrKUfT1DvkmbUjb5w1XWQ==

<SEC-DOCUMENT>0000927087-98-000046.txt : 19980327
<SEC-HEADER>0000927087-98-000046.hdr.sgml : 19980327
ACCESSION NUMBER:		0000927087-98-000046
CONFORMED SUBMISSION TYPE:	SC 13D
PUBLIC DOCUMENT COUNT:		1
FILED AS OF DATE:		19980326
SROS:			NYSE

SUBJECT COMPANY:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			AHMANSON H F & CO /DE/
		CENTRAL INDEX KEY:			0000771667
		STANDARD INDUSTRIAL CLASSIFICATION:	SAVINGS INSTITUTION, FEDERAL
		IRS NUMBER:				950479700
		STATE OF INCORPORATION:			DE
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		SC 13D
		SEC ACT:
		SEC FILE NUMBER:	005-08786
		FILM NUMBER:		98574829

	BUSINESS ADDRESS:
		STREET 1:		4900 RIVERGRADE RD
		CITY:			IRWINDALE
		STATE:			CA
		ZIP:			91706
		BUSINESS PHONE:		8189606311

FILED BY:

	COMPANY DATA:
		COMPANY CONFORMED NAME:			WASHINGTON MUTUAL INC
		CENTRAL INDEX KEY:			0000933136
		STANDARD INDUSTRIAL CLASSIFICATION:	SAVINGS INSTITUTIONS, NOT FE
		IRS NUMBER:				911653725
		STATE OF INCORPORATION:			WA
		FISCAL YEAR END:			1231

	FILING VALUES:
		FORM TYPE:		SC 13D

	BUSINESS ADDRESS:
		STREET 1:		1201 THIRD AVENUE
		STREET 2:		SUITE 1500
		CITY:			SEATTLE
		STATE:			WA
		ZIP:			98101
```

```
            BUSINESS PHONE:         2064612000

    MAIL ADDRESS:
            STREET 1:               1201 THIRD AVE
            STREET 2:               SUITE 1500
            CITY:                   SEATTLE
            STATE:                  WA
            ZIP:                    98101
</SEC-HEADER>
<DOCUMENT>
<TYPE>SC 13D
<SEQUENCE>1
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D

Under the Securities Exchange Act of 1934

H.F. AHMANSON & COMPANY
(Name of Issuer)

Common Stock, par value $.01 per share
(Title of Class of Securities)

008677106
(CUSIP Number)

Marc R. Kittner
Washington Mutual, Inc.
1201 Third Avenue, Suite 1700
Seattle, WA 98101

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

Copies to:

Todd H. Baker, Esq.                 Bernard L. Russell, Esq.
Gibson, Dunn & Crutcher LLP         Foster Pepper & Shefelman PLLC
1 Montgomery Street, 31st Floor     1111 Third Avenue, Suite 3400
San Francisco, CA 94104             Seattle, WA 98101
(415) 393-8200                      (206) 447-4400

March 16, 1998
(Date of Event which Requires Filing of This Statement)

    If the filing person has previously filed a statement on Schedule 13G to report the acquisition that is the subject of this Schedule 13D, and is filing this schedule because of Rule 13d-1(e), 13d-1(f) or 13d-1(g), check the following box. |_|

    Check the following box if a fee is being paid with the statement |_|. Note: Schedules filed in paper format shall include a signed original and five

copies of the schedule, including all exhibits. See Rule 13d-7(b) for other parties to whom copies are to be sent.

   *The remainder of this cover page shall be filled out for a reporting person's initial filing on this form with respect to the subject class of securities, and for any subsequent amendment containing information which would alter disclosures provided in a prior cover page.

   The information required on the remainder of this cover page shall not be deemed to be "filed" for the purpose of Section 18 of the Securities Exchange Act of 1934 ("Act") or otherwise subject to the liabilities of that section of the Act but shall be subject to all other provisions of the Act (however, see the Notes).


<PAGE>


CUSIP NO. 008677106                13D


    1      NAME OF REPORTING PERSON
           S.S. OR I.R.S. IDENTIFICATION NO. OF ABOVE PERSON

           Washington Mutual, Inc.
           91-1653725


    2      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP*

           (a) |_|  (b) |_|    N/A



    3      SEC USE ONLY




    4      SOURCE OF FUNDS*

           WC




    5      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED PURSUANT
           TO ITEMS 2(d) or 2(e)        |_| N/A




    6      CITIZENSHIP OR PLACE OF ORGANIZATION

           WASHINGTON



        NUMBER OF           7    SOLE VOTING POWER
         SHARES
       BENEFICIALLY              21,796,426
         OWNED BY
          EACH
        REPORTING
         PERSON
          WITH

```
          8    SHARED VOTING POWER

               None


          9    SOLE DISPOSITIVE POWER

               21,796,426


         10    SHARED DISPOSITIVE POWER

               None


 11    AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

       21,796,426

 12    CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN SHARES*

       |_|  N/A

 13    PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

       16.6

 14    TYPE OF REPORTING PERSON*

       HC

                     *SEE INSTRUCTIONS BEFORE FILLING OUT!
```

<PAGE>

      CUSIP NO. 008677106

    Item 1. Security and Issuer.

    This statement on Schedule 13D (the "Schedule 13D") relates to the common stock, par value $.01 per share (the "Shares"), of H.F. Ahmanson & Company, a Delaware corporation (the "Issuer"). The principal executive offices of the Issuer are located at 4900 Rivergrade Road, Irwindale, CA 91706.

    The responses to each item of this Schedule 13D are qualified in their entirety by the provisions of the Exhibits hereto.

    Item 2. Identity and Background.

    This Schedule 13D is filed on behalf of Washington Mutual, Inc., a Washington corporation (the "Reporting Person"). The address of the principal

business and principal office of the Reporting Person is 1201 Third Avenue, Seattle, WA 98101. The Reporting Person's principal business is mortgage lending and consumer banking, which it conducts through its principal banking subsidiaries.

The name; residence or business address; present principal occupation or employment; name, principal business and address of any corporation or other organization in which such employment is conducted; and citizenship of each executive officer and director of the Reporting Person is set forth in Schedule I hereto.

During the last five years, neither the Reporting Person nor, to the best knowledge of the Reporting Person, any of its executive officers or directors has been convicted in a criminal proceeding (excluding traffic violations or similar misdemeanors), or was a party to a civil proceeding of a judicial or administrative body of competent jurisdiction and as a result of such proceeding was or is subject to a judgment, decree or final order enjoining future violations of, or prohibiting or mandating activities subject to, federal or state securities laws or finding any violation with respect to such items.

Item 3. Source and Amount of Funds and Other Consideration.

The irrevocable option (the "Option") to purchase 21,796,426 Shares (the "Option Shares") representing approximately 19.9% of the Shares outstanding (without giving effect to Shares subject to the Option) is exercisable upon the terms and subject to the conditions set forth in the Stock Option Agreement, dated March 16, 1998, between the Issuer and the Reporting Person (the "Option Agreement"), a copy of which is attached hereto as Exhibit 1 and hereby expressly incorporated herein by reference. The price at which the Option may be exercised is $79.86 per share. Although no final decision has been made, it is presently intended that the Reporting Person will obtain all of the funds to purchase the Option Shares from internally generated funds.

Item 4. Purpose of Transaction.

On March 16, 1998, the Issuer and the Reporting Person entered into an Agreement and Plan of Merger (the "Plan of Merger"), a copy of which is attached hereto as Exhibit 2 and hereby expressly incorporated herein by reference, pursuant to which the Issuer will be merged with and into the Reporting Person. Each of the Shares (excluding any in treasury) issued and outstanding (together with the associated preferred share purchase rights issued under the Issuer's Rights Agreement, dated as of November 7, 1997, between the Issuer and First Chicago Trust Company of New York, as rights agent, as amended) will be converted into 1.12 shares of common stock of the Reporting Person (with the appropriate number of the Reporting Person's rights as provided in the Reporting Person's Rights Agreement dated as of October 16, 1990, between the Reporting Person and First Interstate Bank of Washington, as rights agent, as amended, whether or not such rights shall still be attached to such shares). Each of the issued and outstanding shares of the Issuer's 6% Cumulative Convertible Series D Preferred Stock, par value $.01 per share (the "Series D Preferred Stock") (excluding any in treasury) will be converted into one share of the Reporting Person's 6% Cumulative Convertible Series G Preferred Stock (the "Series G Preferred Stock"). Following execution of the Merger Agreement, the Issuer and the Reporting Person entered into the Option Agreement, a copy of which is attached hereto as Exhibit 1 and hereby expressly incorporated herein by reference.

<PAGE>

The Option is exercisable only upon the occurrence of certain events,

including an agreement by the Issuer to enter into certain business combinations with a third party or the acquisition of beneficial ownership by a third party of 25% or more of the Shares. The extent to which the Reporting Person may profit from the Option or from transactions in the Option Shares generally is limited to $275 million and will be reduced by any termination fees received pursuant to the Merger Agreement. The Reporting Person will not be entitled to any termination fees if it has exercised all or any portion of the Option.

The Option Agreement is intended to increase the likelihood that the transactions contemplated by the Merger Agreement will be consummated in accordance with its terms, and may discourage persons from proposing a competing offer to acquire the Issuer. The existence of the Option Agreement could significantly increase the cost to a potential acquiror of acquiring the Issuer, compared to its cost had the Issuer not entered into the Option Agreement.

Upon consummation of the transactions contemplated by the Merger Agreement, the Shares and the Series D Preferred Stock will cease to be authorized to be quoted on the New York Stock Exchange, and they will become eligible for termination of registration pursuant to Section 12(g)(4) of the Securities Exchange Act of 1934.

Item 5. Interest in Securities of the Issuer.

The Reporting Person is the beneficial owner of 21,796,426 Shares, or 16.6% of the Shares outstanding, assuming exercise of the Option. The percentage of Shares outstanding as beneficially owned by the Reporting Person on the date hereof is based upon 109,529,780 Shares outstanding as of February 28, 1998 (as represented by the Issuer in the Plan of Merger) and assuming exercise of the Option.

Except as set forth in this Schedule 13D, neither the Reporting Person nor, to the knowledge of the Reporting Person, any of the persons listed in Schedule I beneficially owns any Shares.

Except as set forth in this Schedule 13D, neither the Reporting Person nor, to the knowledge of the Reporting Person, any of the persons listed in Schedule I has the right to receive or the power to direct the receipt of dividends from, or the proceeds of sale of, securities covered by this Schedule 13D.

Item 6. Contracts, Arrangements, Understandings or Relationships with Respect to Securities of the Issuer.

The information set forth in Item 4 of this Schedule 13D is hereby incorporated herein by reference.

Except as set forth in this Schedule 13D, neither the Reporting Person nor, to the knowledge of the Reporting Person, any of the persons listed on Schedule I is a party to any contract, arrangement, understanding or relationship with respect to any securities of the Issuer.

<PAGE>

Item 7. Material to be Filed as Exhibits.

```
EXHIBIT                      DESCRIPTION

  1*              Form of Stock Option Agreement, dated March 16,
```

```
                            1998, between H.F. Ahmanson & Company and
                            Washington Mutual, Inc.

          2**               Agreement and Plan of Merger, dated as of March 16,
                            1998, by and between Washington Mutual, Inc. and
                            H.F. Ahmanson & Company
```

     *  Incorporated herein by reference to Exhibit A to Exhibit 7(c).3 to
        the Report on Form 8-K/A of Washington Mutual, Inc., filed March 18,
        1998.

     ** Incorporated herein by reference to Exhibit 7(c).3 to the Report
        on Form 8-K/A of Washington Mutual, Inc., filed March 18, 1998.


<PAGE>


                                   SIGNATURE

     After reasonable inquiry and to the best of my knowledge and belief, I
certify that the information set forth in this statement is true, complete and
correct.

     DATED: March 26, 1998



                                        WASHINGTON MUTUAL, INC.



                                        By: /s/ Fay L. Chapman
                                            Fay L. Chapman, Executive Vice President


<PAGE>



                                 EXHIBIT INDEX

<TABLE>
<CAPTION>
          EXHIBIT                       DESCRIPTION
          <S>                           <C>
          1*                            Stock Option Agreement, dated March 16, 19
                                        H.F. Ahmanson & Company and Washington Mutual

          2**                           Agreement and Plan of Merger, dated as o
                                        1998, by and between Washington Mutual, Inc.
                                        Ahmanson & Company

          ----------------------

     *    Incorporated herein by reference to Exhibit A to Exhibit 7(c).3 to
```

```
            the Report on Form 8-K/A of Washington Mutual, Inc, filed March
            18, 1998.

    **      Incorporated herein by reference to Exhibit 7(c).3 to the Report
            on Form 8-K/A of Washington Mutual, Inc., filed March 18, 1998.
</TABLE>
<PAGE>
```

SCHEDULE I

DIRECTORS AND EXECUTIVE OFFICERS
OF WASHINGTON MUTUAL, INC.

The following table sets forth the name, residence or business address and present principal occupation or employment of each director and executive officer of the Reporting Person. Each such person is a U.S. citizen, and, unless otherwise indicated, the business address of each such person is 1201 Third Avenue, Suite 1500, Seattle, WA 98101.

```
<TABLE>
<CAPTION>
```

| NAME AND BUSINESS ADDRESS | OFFICE |
|---|---|
| `<S>` | `<C>` |
| Kerry K. Killinger | Chairman, President and Chief Executive Officer; Director |
| Douglas P. Beighle<br>1009 Western Avenue #1107<br>Seattle, WA 98104-1037 | Director |
| David Bonderman<br>2420 Texas Commerce Tower<br>201 Main Street<br>For Worth, TX 76102 | Director |
| J. Taylor Crandall<br>3100 Texas Commerce Tower<br>201 Main Street<br>Fort Worth, TX 76102 | Director |
| Roger H. Eigsti<br>4333 Brooklyn Avenue N.E., Floor 22<br>Seattle, WA 98185 | Director |
| John W. Ellis<br>411 - 108th Avenue N.E.<br>OCB-15<br>Bellevue, WA 98009-9734 | Director |
| Daniel J. Evans<br>1111 Third Avenue, Suite 3400<br>Seattle, WA 98101 | Director |

```
<PAGE>
```

| | |
|---|---|
| Anne V. Farrell<br>425 Pike Street, Suite 510<br>Seattle, WA  98101 | Director |
| Stephen E. Frank<br>2244 Walnut Grove Avenue<br>Rosemead, CA  91770 | Director |
| William P. Gerberding<br>2021 First Avenue, #G-20<br>Seattle, WA  98121 | Director |
| Enrique Hernandez, Jr.<br>900 South Central Avenue<br>Alhambre, CA  91801 | Director |
| Samuel B. McKinney<br>1634 - 19th Avenue<br>Seattle, WA  98122 | Director |
| Michael K. Murphy<br>P.O. Box 3366<br>Spokane, WA  99220 | Director |
| William G. Reed, Jr.<br>1201 Third Avenue, suite 4900<br>Seattle, WA  98101 | Director |
| James H. Stever<br>1600 Seventh Avenue<br>Seattle, WA  98191 | Director |
| Willis B. Wood<br>555 W. Fifth Street, Suite 2900<br>Los Angeles, CA  90013-1011 | Director |
| Fay L. Chapman | Executive Vice President and General Counsel |
| Craig S. Davis | Executive Vice President |
| Steven P. Freimuth | Executive Vice President |
| Lee D. Lannoye | Executive Vice President |
| Richard M. Levy | Senior Vice President and Controller |
| William A. Longbrake | Executive Vice President |

|   |   |
|---|---|
|   | and Chief Financial Office |
| Deanna W. Oppenheimer | Executive Vice President |
| Norman H. Swick | Senior Vice President and General Auditor |
| Craig E. Tall | Executive Vice President |
| S. Liane Wilson | Executive Vice President |
| Douglas G. Wisdorf | Senior Vice President and Deputy Chief Financial Officer |

```
</TABLE>
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```