RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY
PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>　　　　　　　Plaintiff,<br>v.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br>　　　　　　　Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**DECLARATION OF AMY SHULTZ IN SUPPORT OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND H.F. AHMANSON'S OPPOSITION TO EDWARDS' MOTION TO REMAND**<br><br>Date: January 3, 2008<br>Time: 2:30 p.m.<br>Location: Courtroom 6, 17th Floor<br>Before: Hon. Vaughn R. Walker |

I, Amy Schultz, declare as follows:

　　1.　　I am currently employed by Corporation Service Company (hereafter referred to as "CSC") as a Customer Service Associate in the Service of Process Department. I have been employed by CSC since June 10, 2002.

　　2.　　I have access to and knowledge of CSC's records relating to the receipt of service of process, and I am authorized to execute this declaration on behalf of CSC. I make the following declaration upon my personal knowledge and upon the records maintained by CSC.

　　3.　　CSC conducts business in the State of California as, "Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service."

　　4.　　CSC was listed as the registered agent for service of process for H.F. Ahmanson

-1-

& Company in the State of California, according to our records.

5. According to the California Secretary of State's website H.F. Ahmanson & Company has surrendered its authority to conduct business in the State of California. A copy of the screen print is attached. According to the Secretary of State's website as searched as the date of this declaration, "If the status of the corporation is "Surrender," the agent for service of process is automatically revoked."

6. CSC's registered office address in the State of California is located at 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95833.

7. In October, 2007 Becky DeGeorge was employed by CSC as a receptionist at CSC's Sacramento office in the State of California, according to our records.

8. CSC's customary business practice, which is strictly adhered to, relating to the receipt of service of process by personal service is as follows: On the same day that process is delivered by the process server, the receipt of service is logged into CSC's Litigation Management System ("LMS"), which is a centralized database developed and used by CSC to capture essential information about each service of process.

9. On, October 15, 2007, CSC received by personal service at our California registered office the following documents in the above matter addressed to The H F Ahmanson & Company Long Term Disability Plan:

> Summons and Complaint for Recovery of Employee Benefits, Breach of Fiduciary Duty, Equitable Relief, and Failure to Produce Documents; Civil Case Cover Sheet; Mediation Services Procedures; Alternative Dispute Resolution (ADR) Information Package; Case Management Statement; Judicial Mediation Program instructions; Notice to Plaintiff; The New York Times article titled: "Biggest S.&L.'s in Merger Deal of $9.9 Billion"; and Washington Mutual, Inc. Acquisition History, according to our records.

10. CSC has no record of ever having a listing in its records' database for "The H F Ahmanson & Company Long Term Disability Plan in the State of California".

11. According to CSC's customary practice and procedure, upon receipt of service, if CSC is unable to find the company name as served within its records' database, CSC will then contact the appropriate state agency to determine the registered agent as listed for the company. If neither the appropriate state agency nor CSC's records contain a listing for the company being

- 2 -

DECLARATION OF AMY SHULTZ IN SUPPORT OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND H.F. AHMANSON'S OPPOSITION TO EDWARDS' MOTION TO REMAND  Case No. 3:07-cv-5807 (VRW)

served, CSC will then contact the company(s) in its record database, if any, that closely resemble the entity name served for instruction on whether to receive the service of process.

12. CSC is not now, nor was it at any time relevant to this affidavit, the registered agent for The H F Ahmanson & Company Long Term Disability Plan, according to our records.

13. CSC did not contact H.F. Ahmanson & Company regarding receipt of the above mentioned documents, according to our records.

14. CSC was not authorized by H.F. Ahmanson & Company to receive service of process for The H F Ahmanson & Company Long Term Disability Plan., according to our records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in New Castle County, on December 7, 2007.

_____
AMY SHULTZ

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES

**Business Search Corporations**
- Printer Friendly Page
- New Search
- Search Tips
- Field Definitions
- Status Definitions
- Name Availability
- Corporate Records
- Business Entities Records Order Form
  - Certificates
  - Copies
  - Status Reports
- FAQS
- Corporations Main Page
- Site Search

## Corporations

The information displayed here is current as of "NOV 30, 2007" and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| H.F. AHMANSON & COMPANY | | |
| **Number:** C1276031 | **Date Filed:** 5/22/1985 | **Status:** surrender |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 14900 RIVERGRADE RD. | | |
| IRWINDALE, CA 91706 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| PO BOX 526036 | | |
| SACRAMENTO, CA 95852 | | |

Printer Friendly

**New Search**

- For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**.
- Blank fields indicate the information is not contained in the computer file.
- If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code **Section 2114** for information relating to service upon corporations that have surrendered.

Copyright ©2001 California Secretary of State. Privacy Statement.

**ATTACHMENT**