1 | RONALD K. ALBERTS (SBN 100017)
  | TAD A. DEVLIN (SBN 190355)
2 | GORDON & REES LLP
  | 275 Battery Street, Suite 2000
3 | San Francisco, CA 94111
  | Telephone: (415) 986-5900
4 | Facsimile: (415) 986-8054

5 | Attorneys for Defendants
  | THE PRUDENTIAL INSURANCE
6 | COMPANY OF AMERICA, REAL PARTY IN
  | INTEREST, AND THE H.F. AHMANSON &
7 | COMPANY LONG TERM DISABILITY
  | PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH E. EDWARDS, | CASE NO. 3:07-cv-5807 (VRW) |
|---|---|
| Plaintiff, | DECLARATION OF ELIZABETH A. PROCTOR IN SUPPORT OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND H.F. AHMANSON'S OPPOSITION TO EDWARDS' MOTION TO REMAND |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE, | |
| Defendants. | Date:     January 3, 2008<br>Time:    2:30 p.m.<br>Location: Courtroom 6, 17th Floor<br>Before:   Hon. Vaughn R. Walker |

I, Elizabeth A. Proctor, declare as follows:

1. I am a paralegal and assistant secretary with Washington Mutual Bank ("WaMu") in Seattle, Washington. I submit this declaration in support of The Prudential Insurance Company of America ("Prudential") and The H.F. Ahmanson & Company Long Term Disability Plan's (the "Plan") opposition to plaintiff Elizabeth E. Edwards' Motion to Remand. I have personal knowledge of the matters set forth in my declaration, except those based on information and belief, which I believe to be true. If called as a witness in this action, I could and would testify as follows.

///

PRU/1047840/5249324v.1

-1-

DECLARATION OF ELIZABETH A. PROCTOR IN SUPPORT OF DEFENDANTS'
OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]

2. I have been employed by WaMu since August 2000. As part of my job duties, I am responsible for the corporate maintenance of various subsidiaries of WaMu, including the filing of necessary paperwork to assign a registered agent for service of process for each company. In 1993, I worked as a client service representative for a predecessor company to Corporation Service Company ("CSC"), Prentice-Hall Legal and Financial Services Corporation.

3. Washington Mutual, Inc. acquired H.F. Ahmanson & Company in 1998. An article describing the acquisition is attached as **Exhibit A**.

4. On December 5, 2007, I received a telephone call from Theresa Marchlewski, WaMu First Vice President and Assistant General Counsel, asking me why CSC would attempt to accept service of process for the Plan. I received via email a copy of the Proof of Service of Summons showing Edwards' attempt to serve the Summons and Complaint (and other documents), in *Edwards v. The Prudential Ins. Co. of America*, San Francisco Superior Court Case No. CGC-07-468084, on H.F. Ahmanson & Company Long Term Disability Plan/Washington Mutual via personal service on Becky Degeorge, Process Specialist, 2730 Gateway Oaks Drive, Suite 100, Sacramento CA 95833. A true and correct copy of the Proof of Service of Summons is attached as **Exhibit B.**

5. I checked CSC's Incspot, a CSC on-line database that, among other things, maintains WaMu's corporate record for all WaMu companies that CSC acts as a registered agent for service of process, to see if the Incspot database showed if Edwards' case was listed and sent to WaMu. (A true and correct copy of the Incspot Service of Process History Transmittal Detail is attached as **Exhibit C**.) The Incspot records indicated Edwards' state court action complaint and other related case initializing documents were sent via EDELIVERY to Aleatha Coleman, WaMu, on October 15, 2007. Ms. Coleman is a Senior Administrative Assistant in WaMu's Legal Department Business Planning and Operations.

6. On December 5, 2007, I contacted WaMu's subpoena intake group and confirmed that CSC did not call WaMu's subpoena intake group to inquire about permission to accept Edwards' service attempt on H.F. Ahmanson & Company Long Term Disability Plan/Washington Mutual.

-2-
DECLARATION OF ELIZABETH A. PROCTOR IN SUPPORT OF DEFENDANTS' OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]

7. On December 5, 2007, I contacted CSC directly to investigate the service attempt on H.F. Ahmanson & Company Long Term Disability Plan/Washington Mutual. I spoke with Pam Trujillo in CSC's Service of Process Department in Denver, Colorado. I gave Ms. Trujillo the CSC transmittal number and asked if CSC's records indicate whether CSC called anyone at WaMu prior to CSC's attempt to accept process for The H.F. Ahmanson &Company Long Term Disability Plan/Washington Mutual. Ms. Trujillo said, "no, the service had been improperly accepted contrary to procedure and that she would speak to the processor."

8. As a paralegal and assistant secretary with WaMu for the last seven years and former employee of CSC's predecessor, Prentice-Hall, I know that when a process is given to CSC, it checks the list of the entities for which CSC is retained as registered agent for service of process. If there is any deviation from the correct corporate name, CSC must call the company contact and ask if CSC should accept process. Attached as **Exhibit D** is a copy of the CSC service instructions pertaining to the WaMu family of companies. There is no listing for The H.F. Ahmanson & Company Long Term Disability Plan. As such, CSC was required to contact WaMu and confirm whether process should be accepted or not.

9. CSC improperly attempted to accept the service on The H.F. Ahmanson & Company Long Term Disability Plan/Washington Mutual when it had no authority to do so. Thus, Edwards' attempt to serve The H.F. Ahmanson & Company Long Term Disability Plan/Washington Mutual was invalid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Seattle, Washington, on December 11, 2007.

_____
Elizabeth A. Proctor



**The 911.**
See what it means to be a Porsche ▸

BNET Research Center
Find 10 million articles

Advanced Search
Find [washington mutual acc] in [Free And Premium Arti]

**Explore Publications in:**

| All | Arts | Autos | Business | Health | Home & Garden | News | Reference | Sports |

FIND [washington mutual acc] IN [free and premium articles ▾]  Search   Advanced Search

# Seattle's WaMu to turn up heat on rivals - Washington Mutual's acquisition of H.F. Ahmanson and Co - includes related article on former pillars of Los Angeles' banking industry - Surviving the Banking Invasion

*Los Angeles Business Journal, March 23, 1998 by David Brindley*

Like the banking equivalent of El Nino, Washington Mutual Inc. is rolling into town and changing the landscape of L.A.'s financial services industry.

Wasting no time after announcing its $10 billion takeover of H.F. Ahmanson & Co., parent of Home Savings, Washington Mutual has already begun marketing itself throughout L.A. as a friendly, consumer-oriented thrift. Yet behind that sunny facade is a take-no-prisoners management team that promises to ratchet up the already fierce competition among the three giants of Southern California's banking industry.

**Most Popular Articles in Business**

- Smart investments for ...
- Culture, leadership, ...
- Skip-level meetings ...
- Life without illegal ...
- Perks for part timers ...
- **More »**

"They've been able to eat away at the underbellies of the BofAs and the Wells Fargos of the world," said Thomas Carley, an analyst at Jensen-Securities Co. in Portland, Ore. "Washington Mutual will do in the California market what they've done successfully in the Washington and Oregon markets - they will have a strong consumer-banking presence."

Once its acquisition of Ahmanson is complete,

**EXHIBIT A**

Washington Mutual will catapult past Wells Fargo & Co. as the second-largest financial institution in California after BankAmerica Corp., and the seventh largest in the nation, with nearly $150 billion in assets.

After gobbling up American Savings, Great Western Financial Corp. and now closing in on Ahmanson, Seattle-based Washington Mutual has suddenly emerged as a major player in the Southern California banking scene. In Los Angeles County alone, the proposed merger would give Washington Mutual more than 200 branches.



Ads by Google

**Online Ba**
Sources fc
services fc
banking ne
www-banking

**Banking v mutual**
Discover V
Checking.
redefined!
WaMu.com

**Online Ba**
Find Online
Fast & Eas
MyOnlineBan

**Banking I**
Earn 4.20%
percentage
No minimu
online!
www.ingdirec

**Bank of A**
Get Free C
Bill Pay, S
Protection
www.Bankof

"Stay tuned, we are going to be a powerhouse," said Dyan Beito, a Washington Mutual senior vice president.

BankAmerica and Wells Fargo are hunkering down to meet Washington Mutual's competitive threat. The ultimate victors could be Southern California consumers, who will see lower fees for deposit accounts and even free checking, which Washington Mutual is rolling out regionwide, according to Beito.

Officials at BofA and Wells Fargo declined to reveal what steps their institutions will take in response to Washington Mutual's large-scale arrival.

But analyst Don Destino of Jefferies & Co. in Los Angeles, said, "Washington Mutual is going to be a real alternative for Wells and BofA customers. If Wells and BofA want to compete, they might offer the less-expensive, thrift-like deposits in order to maintain their deposit base."

While Wells and BofA offer free checking, those accounts are only free if the customer meets certain conditions - like maintaining a minimum balance or having direct deposit of paychecks. By offering no-condition free checking, Washington Mutual has been able to bring more customers through its doors, enabling it to cross-sell other products, including lucrative home-equity loans and other loans.

Since acquiring Great Western last July, Washington Mutual has actually increased its customer base by more than 10,000 accounts, according to Beito.

While the consolidation of customer accounts into fewer and fewer institutions has been

breathtaking in recent years, analysts expect further consolidation in the months ahead. Such deals will likely involve mid-sized thrifts that find it increasingly difficult to compete in the California market.

"You will see more consolidation in the industry; the bigger will get bigger," said Carley.

Although Kerry Killinger, Washington Mutual's chairman and chief executive, said last week that Washington Mutual has "a very full plate right now," analysts said they would not be surprised to see further acquisitions.

"They are probably out of the acquisition business for a period of time. But Kerry Killinger considers acquisitions a business line; he's got a staff of people that do nothing but analyze and then integrate these acquisitions," said Destino. "If a deal that looks too good to pass up comes along, he's not going to pass it up."

Still, buying Ahmanson so soon after acquiring Great Western for $6.8 billion last July had some wondering just how much more the thrift could swallow.

One issue sure to come up is integrating the two companies' computer systems. Wells Fargo was roundly criticized for serious glitches resulting from its purchase of First Interstate Bank in 1996.

"Combining systems is always the most challenging task in any integration," said Bruce Willison, president and chief operating officer of Ahmanson. "Clearly the Wells Fargo/Interstate merger was a good reminder to financial institutions that careful and thoughtful planning pays off."

Washington Mutual will take up to a year to complete the acquisition, and its experience with bringing together so many other thrifts will work in its favor, said analysts.

"They've done these acquisitions with very few pitfalls. We haven't seen the troubles that Wells Fargo ran into with massive deposit exodus and technology problems in integrating First Interstate. (Washington Mutual) has done an absolutely masterful job of acquiring companies and consolidating them," said Destino.

The proposed merger would result in the closure of up to 170 branches, many of which would be in Southern California, where Great Western and Home Savings branches overlap. Washington Mutual would maintain its corporate headquarters in Seattle. As such, Southern California will lose its only major financial institution headquarters.



1 - 2 - 3 - 4 - Next

**Foreclosure Resource**
Find Info on Foreclosure Listings & Avoid Common Mistakes
AboutForeclosure.info

**Online Banking**
Sign up for Online Banking today Pay bills, Loans, Lending Services.
bankiaccount.com

**USA's #1 Checking Account**
3.75% APY. No Fees Or Check Limit. Open A Checking Account Online Now!
www.PresidentialBank.com

Ads by Google

**Find Featured Titles for: Technology**
CLICK TO VIEW

**Find Research Guides for:**
CLICK TO VIEW

© 2007 CNET Networks, Inc. About CNET Networks · Advertise · Jobs · Privacy Policy · Terms of Use · Contact Us · Site Map · RSS Site Map

# H. F. Ahmanson & Co.

From Wikipedia, the free encyclopedia

**H.F. Ahmanson & Co.** was a California holding company named after millionaire Howard F. Ahmanson, Sr. It is best known as the parent of **Home Savings of America**, formerly one of the largest savings and loan associations in the United States.

In 1998, Seattle-based thrift Washington Mutual (WaMu) purchased HF Ahmanson and its Home Savings unit for $10 billion. As a result of this takeover and those of American Savings and Great Western Financial, Washington Mutual became California's second largest bank. At the time, HF Ahmanson had $55 billion in assets[1] (http://www.businessweek.com/1998/47/b3605121.htm).

The acquisition also gave Washington Mutual control over a part of the Ahmanson Ranch, a hotly-disputed undeveloped area northwest of Los Angeles. After initial considerations of developing a new city on the large space, WaMu eventually sold off their share, now known as the Upper Las Virgenes Canyon Open Space Preserve.

Retrieved from "http://en.wikipedia.org/wiki/H._F._Ahmanson_%26_Co."

Categories: United States financial services company stubs | Defunct financial companies of the United States | 1998 disestablishments

- This page was last modified 15:16, 23 August 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

Case 3:07-cv-05807-VRW   Document 20   Filed 12/13/2007   Page 9 of 13
10-24-2007 02:24PM FROM- T-057 P.002/003 F-126
Case 3:07-cv-05807-VRW   Document 13-4   Filed 11/29/2007   Page 2 of 4

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): TERRENCE J. COLEMAN  SBN-172183 PILLSBURY & LEVINSON, LLP 600 MONTGOMERY STREET, 31ST FLOOR SAN FRANCISCO, CA 94111 TELEPHONE NO.: 415-433-8000   FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): PLAINTIFF | FOR COURT USE ONLY ENDORSED FILED San Francisco County Superior Court NOV 09 2007 GORDON PARK-LI, Clerk BY: MICHAEL RAYRAY   Deputy Clerk |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO STREET ADDRESS: 400 MCALLISTER STREET MAILING ADDRESS: CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ELIZABETH F. EDWARDS DEFENDANT/RESPONDENT: THE PRUDENTIAL INSURANCE COMPANY OF | CASE NUMBER: CGC-07-460084 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: 08945 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-Complaint
   f. ☑ Other *(specify documents)*: Notice to Plaintiff; Mediation Services; Merger Article
3. a. Party served *(specify name of party as shown on documents served)*:
   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   MARGARET WILSON - PROCESS SPECIALIST AUTHORIZED TO ACCEPT SERVICE
4. Address where the party was served:
   818 W 7TH STREET LOS ANGELES, CA 90017
5. I served the party *(check proper box)*
   a. ☑ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10-22-2007   (2) at *(time)*: 3:15 P.M.
   b. ☐ by substituted service. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

**EXHIBIT B**

Case 3:07-cv-05807-VRW   Document 20   Filed 12/13/2007   Page 10 of 13
10-24-2007  02:24PM  FROM-  T-957  P.003/003  F-125
Case 3:07-cv-05807-VRW   Document 13-4   Filed 11/29/2007   Page 3 of 4

| PLAINTIFF/PETITIONER: ELIZABETH E. EDWARDS | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: THE PRUDENTIAL INSURANCE COMPANY OF | CGC-07-460084 |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:            (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ by other means *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
      under the following Code of Civil Procedure section:
      ☑ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. Person who served papers
   a. Name: ISAAC VILLARREAL
   b. Address: P.O. BOX 861057, LOS ANGELES, CALIFORNIA 90086-1057
   c. Telephone number: (800) 994-5454
   d. The fee for service was: $
   e. I am
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner ☑ employee ☐ independent contractor.
          (ii) Registration No.: 3853
          (iii) County: LOS ANGELES

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: October 24, 2007

ISAAC VILLARREAL                                                    *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

LITIGATION MANAGEMENT

## SOP History Transmittal Detail

### Notice of Service of Process

RETURN TO SEARCH RESULTS

| | |
|---|---|
| **Transmittal #** | 5391052 |
| **Entity** | H. F. AHMANSON & COMPANY |
| **Entity Id** | 0549188 |
| **Entity Served** | THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN |
| **Title of Action** | ELIZABETH E. EDWARDS v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
| **Document(s) Type** | Summons/Complaint |
| **Nature of Action** | Other |
| **Court** | San Francisco Superior Court |
| **Case #** | CGC-07-468084 |
| **Jurisdiction Served In** | California |
| **Date Served** | 10/15/2007 |
| **Answer or Appearance Due** | 30 |
| **Originally Served Upon** | CSC |
| **How Served** | Personal Service |
| **Plaintiff's Attorney/Sender** | Terrence J. Coleman |
| **Plaintiff's Attorney/Sender Phone** | 415-433-8000 |
| **Enclosures** | N/A |
| **Client Requested Information** | N/A |
| **Transmittal Notes** | N/A |
| **Acknowledged By** | CALEATHA |

### Original Sent To

| Document | Papers sent via | Tracking Number | Contact Attn | Company Name | Address |
|---|---|---|---|---|---|
| SOP Original Transmittal | EDELIVERY | | Aleatha Coleman | Washington Mutual Bank | 1301 Second Ave., WMC3501 Seattle WA 98101 USA |

### Copies Provided To

| Document | Papers sent via | Tracking Number | Contact Attn | Company Name | Address |
|---|---|---|---|---|---|
| SOP Transmittal Copy And Cover Letter | | | Rachel Richardson | Washington Mutual Bank | 1301 Second Ave., WMC3501 Seattle WA 98101 USA |
| SOP Transmittal Copy And Cover Letter | | | Rachel Christiansen | Washington Mutual Bank | 1301 Second Ave., WMC3501 Seattle WA 98101 USA |

### Docket History

| Document | Date Served | Contact Name | Delivery Method | Tracking Number | Transmittal ID |
|---|---|---|---|---|---|

RETURN TO SEARCH RESULTS

**EXHIBIT C**

LITIGATION MANAGEMENT

## SOP History Search Results

*To view your on-line SOP Transmittal, click on the transmittal number below in the Search Results.*

### Search Criteria

▽ *Use this arrow to Hide/Show Your Search Criteria.*

**Company Name**
**Company Id**
**Country Served** USA
**Jurisdiction Served**
**Transmittal #**
**Date Served Range** 09/06/2007 to 12/05/2007
**Case #** CDC-07-468084
**Plaintiff**
**Court**
**First Named Defendant**
**Country Filed** USA
**Jurisdiction Filed**
**All/Acknowledged** ALL

### Search Results

DOWNLOAD SOP FILE TO EXCEL | SEARCH AGAIN                    Sort by
                                                             Please Select

**SEARCH RESULTS : 1 RECORDS RETURNED**

| Transmittal # | Plaintiff | Company Name | Date Served | Jurisdiction Served | Case # | Service | Nature of Act |
|---|---|---|---|---|---|---|---|
| ☑ 5391052 | Elizabeth E. Edwards | H. F. AHMANSON & COMPANY | 10/15/2007 | California | CGC-07-468084 | ALL Legal Process | Other |

DOWNLOAD SOP FILE TO EXCEL | SEARCH AGAIN

☑ Acknowledged

**GROUP MEMBERSHIP REPORT**
Sorted by Entity

| ENTITY NAME: | H. F. Ahmanson & Company | | | | CSC ID: | 0549279 |
|---|---|---|---|---|---|---|
| **CONTACT** | **CUSTOMER** | **RESPONSIBILITY** | **SERVICE NAME** | | **ACTIVE JURIS** | **INACTIVE JURIS** |
| Aleatha Coleman | Washington Mutual Bank | LEGAL | All | Original | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |
| Rachel Richardson | Washington Mutual Bank | LEGAL | All | Redirect | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |
| Jenny Garcia | Washington Mutual | LEGAL | Garnishment | Original | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |
| Charles Farnsworth | Washington Mutual | LEGAL | Garnishment | Redirect | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |
| Chris Buhler | Washington Mutual | LEGAL | Garnishment | Redirect | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |
| HR Records/ Subpoenas EET-1131 | Washington Mutual Bank | LEGAL | Payroll subponeas | Original | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |
| SOP Scan - WAMU | SOP - PowerBrief - Wilmington | LEGAL | Subpoena | Original | MO, NV, PA | AZ, DC, GA, HI, IN, KS, LA, MA, MN, ND, NY, OK, WI, WY |

| ENTITY NAME: | Hhp Investment, LLC | | | | CSC ID: | 2563774 |
|---|---|---|---|---|---|---|
| **CONTACT** | **CUSTOMER** | **RESPONSIBILITY** | **SERVICE NAME** | | **ACTIVE JURIS** | **INACTIVE JURIS** |
| Aleatha Coleman | Washington Mutual Bank | LEGAL | All | Original | CA, DE | |
| Rachel Richardson | Washington Mutual Bank | LEGAL | All | Redirect | CA, DE | |
| Jenny Garcia | Washington Mutual | LEGAL | Garnishment | Original | CA, DE | |
| Charles Farnsworth | Washington Mutual | LEGAL | Garnishment | Redirect | CA, DE | |
| Chris Buhler | Washington Mutual | LEGAL | Garnishment | Redirect | CA, DE | |
| HR Records/ Subpoenas EET-1131 | Washington Mutual Bank | LEGAL | Payroll subponeas | Original | CA, DE | |
| SOP Scan - WAMU | SOP - PowerBrief - Wilmington | LEGAL | Subpoena | Original | CA, DE | |

**EXHIBIT D**