Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail:  tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff,
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  3:07-CV-5807 (VRW)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:    January 3, 2008<br>Time:    2:30 p.m.<br>Dept.:   Courtroom 6, 17th Floor<br>Judge:   Hon. Vaughn R. Walker |

In support of her opposition to Defendants' Motion to Dismiss, Plaintiff Elizabeth E. Edwards hereby requests that the Court take judicial notice of the following documents pursuant to Rule 201 of the Federal Rules of Evidence:

1.     The Complaint filed on behalf of Plaintiff in San Francisco County Superior Court, a true and correct copy of which is attached hereto as **Exhibit A**.

2.     The Form 8-K filed by H.F. Ahmanson & Company with the Securities and Exchange Commission indicating its merger with Washington

1  Mutual, Inc. on March 16, 1998, a true and correct copy of which is attached
2  hereto as **Exhibit B**.
3        3.    The Brief For The United States Amicus Curiae Supporting
4  Petitioners, filed on December 18, 2003 in the case of *Aetna Health, Inc. v. Davila*,
5  524 U.S. 200 (2004), a true and correct copy of which is attached as **Exhibit C**. A
6  true and correct copy of the brief is also available on Westlaw at 2003 WL
7  23011479. Plaintiff respectfully requests the Court to take judicial notice of this
8  brief and, in particular, footnote 13 concerning the position of the United States
9  with respect to the availability of "make-whole" relief against a breaching
10 fiduciary under ERISA.

DATED: December 13, 2007                PILLSBURY & LEVINSON, LLP

                                  By:   ___/s/___
                                        Brian H. Kim, Esq.
                                        Attorneys for Plaintiff
                                        ELIZABETH E. EDWARDS