**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ELIZABETH E. EDWARDS,** | No   C 07-05807 VRW |
| Plaintiff, | ORDER |
| v | |
| **THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN AND DOES 1-20,** | |
| Defendants. | |

On October 11, 2007, Elizabeth E Edwards ("Edwards") filed a complaint in the Superior Court of the State of California, alleging several claims related to denial of her disability benefits. On November 15, 2007, defendants The Prudential Life Insurance Company of America ("Prudential") and The H F Ahmanson & Company Long Term Disability Plan ("Ahmanson") filed a notice of removal under 28 USC § 1441(b), removing the matter to this court. Edwards has filed a motion to remand based on an argument that the notice, although it declares that both Prudential and Ahmanson remove the action, is defective because of a statement that

Prudential "is informed and believes" that Ahmanson joins Prudential in the removal. Doc #1 at ¶4.

Not later than December 28, 2007, defendants shall serve and file a declaration or other evidence establishing whether Prudential and Ahmanson both timely joined in the notice of removal.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge