RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and THE H.F.
AHMANSON & COMPANY LONG TERM
DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:07-CV-5807 (VRW)<br><br>**DEFENDANTS THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE H.F. AHMANSON & COMPANY'S WRITTEN OBJECTION TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:        January 3, 2008<br>Time:       2:30 p.m.<br>Location:  Courtroom 6, 17th Floor<br>Before:     Hon. Vaughn R. Walker |

## I.    DEFENDANTS' WRITTEN OBJECTION

Defendants The Prudential Insurance Company of America ("Prudential") and The H.F. Ahmanson & Company Long Term Disability Plan (the "Plan") (collectively, Prudential and the Plan are referred to as "Defendants") object to Plaintiff Elizabeth E. Edwards' ("Edwards") opposition and supporting evidence to Defendants' motion to dismiss.

Pursuant to Federal Rule of Evidence 201, Defendants object and move to strike the Brief for the United States Amicus Curiae Supporting Petitioners ("Amicus Brief"), filed on December 18, 2003 in the case *Aetna Health, Inc. v. Davila,* 524 U.S. 200 (2004).

Judicial Notice of the Amicus Brief is improper because FRE 201(b) requires that "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

The Amicus Brief does not contain judicially noticed facts under either category of 201(b). Even if this court were to take judicial notice of the Amicus Brief, which Defendants contend is improper, the only judicially noticed fact would be the actual filing of the Amicus Brief. The Amicus Brief content is not judicially noticeable.

Further, the Amicus Brief was filed in a *different* case. Edwards does not submit it in support of the instant case. The Amicus Brief and its filing have no relation to the issues for resolution in Defendants' motion to dismiss. The Amicus Brief contains disputed facts and legal argument irrelevant here and not the proper subject of judicial notice.

## II.   CONCLUSION

For the following reasons, Defendants request this court grant their objection, strike the Amicus Brief and not consider it in ruling on Defendants' motion to dismiss.

DATED: December 20th, 2007

GORDON & REES LLP

By_____
Ronald K. Alberts
Tad A. Devlin
Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and THE H.F.
AHMANSON & COMPANY LONG TERM
DISABILITY PLAN

2

DEFENDANTS' WRITTEN OBJECTION TO PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS                CASE NO. 3:07-CV-5807 (VRW)