Terrence J. Coleman    (State Bar No. 172183)
Brian H. Kim           (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff,
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:07-CV-5807 (VRW)<br><br>**DECLARATION OF BRIAN H. KIM IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Date:   January 3, 2008<br>Time:   2:30 p.m.<br>Dept.:  Courtroom 6, 17th Floor<br>Judge:  Hon. Vaughn R. Walker |

I, Brian H. Kim, declare:

1. I am an attorney at law duly admitted to practice in the State of California and before the Northern District. I am an associate in the law firm of Pillsbury & Levinson, LLP, counsel of record for plaintiff Elizabeth E. Edwards in the above action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would competently testify as to the matters set forth herein.

2. On or about November 14, 2007, our office received a copy of Defendant The Prudential Insurance Company of America's ("Prudential") Certification and Notice of Interested Parties. A true and correct copy of the Certification is attached hereto as **Exhibit A**.

3. On or about November 14, 2007, our office received a copy of Prudential's Notice of Related Cases. A true and correct copy of the Notice is attached hereto as **Exhibit B**.

4. Attached as **Exhibit C** is a true and correct copy of the docket sheet as of December 19, 2007 for the present case before this Court, Case No. 3:07-CF-5807 (VRW). Plaintiff requests that the Court take judicial notice of this docket sheet pursuant to Rule 201 of the Federal Rules of Evidence.

5. On or about November 15, 2007, our office received a copy of Defendant The Prudential Insurance Company of America's ("Prudential") Notice to State Court and Adverse Party of Removal to Federal Court filed with the San Francisco County Superior Court. A true and correct copy of the Notice is attached hereto as **Exhibit D**.

6. Attached as **Exhibit E** is a true and correct copy of the docket sheet as of December 19, 2007 for the case *Elizabeth E. Edwards vs. The Prudential Insurance Company of America*, Case No. CGC-07-468084 before the San Francisco County Superior Court. Plaintiff requests that the Court take judicial notice of this docket sheet pursuant to Rule 201 of the Federal Rules of Evidence.

7. On or around November 21, 2007, our office received a copy of Prudential's Notice of Motion and Motion to Dismiss. Attached as **Exhibit F** is a true and correct copy of Prudential's Notice to Dismiss. The caption states that Gordon and Rees LLP serve as counsel Defendant The Prudential Insurance Company of America, Real Party in Interest, and the H.F. Ahmanson & Company Long Term Disability Plan.

1 |       8.      On or around November 21, 2007, our office received a copy of the Declaration of Edith J. Ewing in Support of Prudential's Motion to Dismiss. Attached as **Exhibit G** is a true and correct copy of the Ewing Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of December, 2007 in San Francisco, California.

*/s/ Brian H. Kim*
Brian H. Kim