1  RONALD K. ALBERTS (SBN 100017)
   TAD A. DEVLIN (SBN 190355)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE
6  COMPANY OF AMERICA

7

8                 UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ELIZABETH E. EDWARDS,              CASE NO.

12                    Plaintiff,       **CERTIFICATION AND NOTICE
                                       OF INTERESTED PARTIES**
13         v.                          **[Local Rule 3-16(b)(3)]**

    THE PRUDENTIAL INSURANCE
14  COMPANY OF AMERICA; THE H.F.
    AHMANSON & COMPANY LONG TERM
15  DISABILITY PLAN; and DOES 1 through 20,
    INCLUSIVE,
16                    Defendants.

17

18  TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

19        Pursuant to Civil Local Rule 3-16(b)(3), the undersigned certifies that as of this date, other

20  than the named parties, there is no such interest to report.

21  DATED:  ___11/14___ , 2007

22                                     GORDON & REES LLP

23
                                       By _____
24                                        Ronald K. Alberts
                                          Tad A. Devlin
25                                        Attorneys for Defendant
                                          THE PRUDENTIAL INSURANCE
26                                        COMPANY OF AMERICA

27

28
                                       -1-
    CERTIFICATION AND NOTICE OF INTRESTED PARTIES        CASE NO._____
    [LOCAL RULE 3-16(b)(3)]