1 | RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
2 | GORDON & REES LLP
275 Battery Street, Suite 2000
3 | San Francisco, CA  94111
Telephone: (415) 986-5900
4 | Facsimile: (415) 986-8054

5 | Attorneys for Defendant
THE PRUDENTIAL INSURANCE
6 | COMPANY OF AMERICA

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | ELIZABETH E. EDWARDS,                      CASE NO.

12 |                          Plaintiff,        **NOTICE OF RELATED CASES**
                                               **(Local Rules 3-12)**
        v.
13
    THE PRUDENTIAL INSURANCE
14 | COMPANY OF AMERICA; THE H.F.
    AHMANSON & COMPANY LONG TERM
15 | DISABILITY PLAN; and DOES 1 through 20,
    INCLUSIVE,
16 |                          Defendants.

17

18 | TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

19 |        Pursuant to Civil Local Rule 3-12, the undersigned certifies that as of this date, there are no

20 | related cases.

21 | DATED: _____11/14_____, 2007

22 |                                            GORDON & REES LLP

23
                                        By_____
24                                         Ronald K. Alberts
                                           Tad A. Devlin
25                                         Attorneys for Defendant
                                           THE PRUDENTIAL INSURANCE
26                                         COMPANY OF AMERICA

27

28

-1-

NOTICE OF RELATED CASES                                           CASE NO._____
(LOCAL RULE 3-12)

1    *Elizabeth Edwards v. The Prudential Insurance Company of America, et al.*
     United States District Court, Northern District of California

2    Case No. C07-5807 (VRW)

3    PROOF OF SERVICE

4    I am a resident of the State of California, over the age of eighteen years, and not a party
     to the within action. My business address is: Gordon & Rees LLP 275 Battery Street, Suite

5    2000, San Francisco, CA  94111.  On November 15, 2007, I served the within documents:

6    **NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO
     FEDERAL COURT**

7
     ☐   by transmitting via facsimile the document(s) listed above to the fax number(s) set
8        forth below on this date before 5:00 p.m.

     ☐   by personally delivering the document(s) listed above to the person(s) at the
9        address(es) set forth below.

10
     ☒   by placing the document(s) listed above in a sealed envelope with postage thereon
11       fully prepaid, in United States mail in the State of California at , addressed as set forth
         below.

12
     Terrence J. Coleman, Esq.
13   Pillsbury & Levinson, LLP
     600 Montgomery Street, 31ˢᵗ Floor
14   San Francisco, CA  94111
     (415) 433-8000
15   **(415) 433-4816 FAX**
     *Attorneys for Plaintiff*
16

17   I am readily familiar with the firm's practice of collection and processing correspondence
     for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
18   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
     motion of the party served, service is presumed invalid if postal cancellation date or postage
19   meter date is more than one day after the date of deposit for mailing in affidavit.

20   I declare under penalty of perjury under the laws of the State of California that the above
     is true and correct.

21
     Executed on November 15, 2007, at San Francisco, California.

22

23   _____
                    Lee Grygo
24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

PRU/1047840/5217325v.1

PROOF OF SERVICE