ADRMOP, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-cv-05807-VRW

Edwards v. The Prudential Insurance Company of America et al  
Assigned to: Hon. Vaughn R. Walker  
Cause: 28:1441 Petition for Removal

Date Filed: 11/15/2007  
Jury Demand: Plaintiff  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**Elizabeth Edwards**     represented by **Terrence J. Coleman**  
Pillsbury & Levinson LLP  
Transamerica Pyramid  
600 Montgomery St.  
31st Floor  
San Francisco, CA 94111  
(415) 433-8000  
Fax: (415) 433-4816  
Email: tcoleman@pillsburylevinson.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The Prudential Insurance Company of America**     represented by **Ronald K. Alberts**  
Gordon & Rees  
633 W. Fifth Avenue, Suite 4900  
Los Angeles, CA 90071  
(213)576-5000  
Fax: (213)680-4470  
Email: ralberts@gordonrees.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Tad A. Devlin**  
Gordon & Rees, LLP  
275 Battery St., 20th Floor  
San Francisco, CA 94111  
(415) 986-5900  
Fax: 415-986-8054  
Email: tdevlin@gordonrees.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| The H.F. Ahmanson & Company Long Term Disability Plan | represented by **Ronald K. Alberts** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* <br><br> **Tad A. Devlin** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC-07-468084. (Filing fee $350 receipt number 34611012552). Filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (gsa, COURT STAFF) (Filed on 11/15/2007) (gsa, COURT STAFF). (Entered: 11/16/2007) |
| 11/15/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/14/2008. Case Management Conference set for 2/21/2008 03:30 PM.. Signed by Judge Vaughn R. Walker on 11/15/2007. (Attachments: # 1 CMC-VRW# 2 CM Standing Order 3-1-07)(gsa, COURT STAFF) (Filed on 11/15/2007) (Entered: 11/16/2007) |
| 11/15/2007 | 3 | Certificate of Interested Entities by The Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan (gsa, COURT STAFF) (Filed on 11/15/2007) (gsa, COURT STAFF). (Entered: 11/16/2007) |
| 11/15/2007 | 4 | NOTICE of Related Cases by The Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. As of this date, there are no related cases. (gsa, COURT STAFF) (Filed on 11/15/2007) (gsa, COURT STAFF). (Entered: 11/16/2007) |
| 11/15/2007 | | CASE DESIGNATED for Electronic Filing. (gsa, COURT STAFF) (Filed on 11/15/2007) (Entered: 11/16/2007) |
| 11/21/2007 | 5 | MOTION to Dismiss *and NOTICE Thereof* filed by The Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. Motion Hearing set for 1/3/2008 02:30 PM in Courtroom 6, 17th Floor, San Francisco. (Devlin, Tad) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 6 | Request for Judicial Notice *in Support of* 5 *Motion to Dismiss* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Devlin, Tad) (Filed on 11/21/2007) Modified on 11/26/2007 (gsa, COURT STAFF). (Entered: 11/21/2007) |
| 11/21/2007 | 7 | *** **FILED IN ERROR. PLEASE SEE DOCKET # 11 .** *** Request for Judicial Notice re 6 Request for Judicial Notice *in Support of Motion to Dismiss* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Attachments: # 1 Exhibit B)(Related document(s) 6 ) (Devlin, Tad) (Filed on 11/21/2007) Modified on 11/21/2007 (ewn, COURT STAFF). (Entered: 11/21/2007) |

| | | |
|---|---|---|
| 11/21/2007 | 8 | Declaration of EDITH J. EWING *in Support of The Prudential Insurance Company of America's* 5 *Motion to Dismiss* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Attachments: # 1 Exhibit A)(Devlin, Tad) (Filed on 11/21/2007) Modified on 11/26/2007 (gsa, COURT STAFF). (Entered: 11/21/2007) |
| 11/21/2007 | 9 | Proposed Order *Granting Defendant The Prudential Insurance Company of America's Motion to Dismiss* by The Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Devlin, Tad) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/21/2007 | 10 | \*\*\* **FILED IN ERROR. PLEASE SEE DOCKET # 11 .** \*\*\* EXHIBITS re 6 Request for Judicial Notice *in Support of Motion to Dismiss* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Related document(s) 6 ) (Devlin, Tad) (Filed on 11/21/2007) Modified on 11/21/2007 (ewn, COURT STAFF). (Entered: 11/21/2007) |
| 11/21/2007 | 11 | EXHIBITS re 6 Request for Judicial Notice *in Support of Motion to Dismiss CORRECTION OF DOCKET # 7 and 10* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Related document(s) 6 ) (Devlin, Tad) (Filed on 11/21/2007) (Entered: 11/21/2007) |
| 11/29/2007 | 12 | First MOTION to Remand *and Memorandum of Points and Authorities* filed by Elizabeth Edwards. Motion Hearing set for 1/3/2008 02:30 PM in Courtroom 6, 17th Floor, San Francisco. (Coleman, Terrence) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/29/2007 | 13 | Declaration of Terrence J. Coleman *in Support of* 12 *Plaintiff's Motion to Remand* filed byElizabeth Edwards. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Coleman, Terrence) (Filed on 11/29/2007) Modified on 12/10/2007 (gsa, COURT STAFF). (Entered: 11/29/2007) |
| 11/29/2007 | 14 | Proposed Order *Granting Plaintiff's Motion to Remand* by Elizabeth Edwards. (Coleman, Terrence) (Filed on 11/29/2007) (Entered: 11/29/2007) |
| 11/30/2007 | | Set/Reset Hearings: Motions Hearing set for 1/3/2008 02:30 PM in Courtroom 6, 17th Floor, San Francisco. (cgk, COURT STAFF) (Filed on 11/30/2007) (Entered: 11/30/2007) |
| 12/03/2007 | 15 | Certificate of Interested Entities *of Plaintiff Elizabeth E. Edwards* (Coleman, Terrence) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/03/2007 | 16 | DEMAND for Trial by Jury by Elizabeth Edwards. (Coleman, Terrence) (Filed on 12/3/2007) (Entered: 12/03/2007) |
| 12/13/2007 | 17 | Memorandum in Opposition re 12 First MOTION to Remand *and Memorandum of Points and Authorities* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Devlin, Tad) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 12/13/2007 | 18 | Request for Judicial Notice re 17 Memorandum in Opposition *Including Exhibits 1 and 2* filed byThe Prudential Insurance Company of America, The H.F. Ahmanson & Company Long Term Disability Plan. (Related |