# Superior Court of California, County of San Francisco

Case Number: CGC-07-468084
Title: ELIZABETH E. EDWARDS VS. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA et al
Cause of Action: CONTRACT/WARRANTY
Generated: Dec-18-2007 4:18 pm PST

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

## Register of Actions

Date Range: First Date Oct-11-2007   Last Date Dec-18-2007   (Dates must be entered as MMM-DD-YYYY)

Descending Date Sequence

ALL FILING TYPES   Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| NOV-15-2007 | NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT FILED BY DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | 335.00 |
| NOV-15-2007 | CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT FILED BY DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | |
| NOV-09-2007 | SUMMONS ON COMPLAINT FILED BY PLAINTIFF EDWARDS, ELIZABETH E. SERVED OCT-15-2007, PERSONAL SERVICE ON DEFENDANT THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN | | |
| NOV-09-2007 | SUMMONS ON COMPLAINT FILED BY PLAINTIFF EDWARDS, ELIZABETH E. SERVED OCT-22-2007, PERSONAL SERVICE ON DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA | | |
| OCT-11-2007 | NOTICE TO PLAINTIFF | View | |
| OCT-11-2007 | CONTRACT/WARRANTY, COMPLAINT FILED BY PLAINTIFF EDWARDS, ELIZABETH E. AS TO DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN DOES 1-20, INCLUSIVE SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR MAR-14-2008 PROOF OF SERVICE DUE ON DEC-10-2007 CASE MANAGEMENT STATEMENT DUE ON FEB-28-2008 | View | 335.00 |