1    RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
2    GORDON & REES LLP
275 Battery Street, Suite 2000
3    San Francisco, CA 94111
Telephone: (415) 986-5900
4    Facsimile: (415) 986-8054

5    Attorneys for Defendants
THE PRUDENTIAL INSURANCE
6    COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
7    COMPANY LONG TERM DISABILITY
PLAN

8

9             UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12    ELIZABETH E. EDWARDS,         CASE NO. 3:07-cv-5807 (VRW)

13              Plaintiff,     **DECLARATION OF RONALD K.
ALBERTS IN SUPPORT OF THE
PRUDENTIAL INSURANCE**
14      v.                            **COMPANY OF AMERICA AND H.F.
AHMANSON'S OPPOSITION TO**
15    THE PRUDENTIAL INSURANCE    **EDWARDS' MOTION TO REMAND**
COMPANY OF AMERICA; THE H.F.
16    AHMANSON & COMPANY LONG TERM
DISABILITY PLAN; and DOES 1 through 20,    Date:       January 3, 2008
17    INCLUSIVE,                        Time:       2:30 p.m.
                    Defendants.    Location:   Courtroom 6, 17th Floor
18                                           Before:     Hon. Vaughn R. Walker

19

20       I, Ronald K. Alberts, declare as follows:

21          1.      I am an attorney licensed to practice before the courts of the state of California

22   and the United States District Court for the Northern District of California. I am counsel of

23   record for The Prudential Insurance Company of America ("Prudential") and The H.F.

24   Ahmanson & Company Long Term Disability Plan (the "Plan"). In response to this court's order

25   of December 20, 2007, requesting the filing of a declaration regarding proper joinder, and in

26   support of Prudential's opposition to plaintiff's motion to remand, I am providing my

27   declaration.

28   / / /

PRU/1047840/5275839v.1       DECLARATION OF RONALD K. ALBERTS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]

*Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111*

1    2.    The Complaint in this case was first served on Prudential's agent for service of

2    process, CT Corporation System, Los Angeles, on October 22, 2007.

3    3.    At the direction of Prudential, Gordon & Rees LLP was retained to represent

4    Prudential and removed the action to the U.S. District Court for the Northern District of

5    California by filing a Notice of Removal on November 15, 2007.

6    4.    While the Plan was also a named defendant, for all practical purposes, Prudential

7    is the only party with any financial responsibility for the claims made. The contract between

8    Prudential and the Plan is an insurance policy and if there is any liability for payment of

9    disability benefits, they will be paid by Prudential. Prudential authorized me to represent the Plan

10    as well, when and if they were served. As of the signing of this declaration, I am informed and

11    believe that proper service has never been made on the Plan.  As set forth below, I also received

12    authorization from the successor corporate owner of The H.F. Ahmanson & Company.

13    5.    On November 14, 2007, I spoke with Mercedes Todesco, of Washington Mutual's

14    Law Department. I explained Prudential's relationship to the Plan and determined that

15    Washington Mutual was a successor to The H.F. Ahmanson & Company. After consulting with

16    others in the Law Department of Washington Mutual, Ms. Todesco advised me that I was

17    authorized to remove this action to federal court on behalf of the Plan. During our conversation

18    on November 14, 2007, and in subsequent conversations on the following days, my concerns

19    regarding the propriety of service were confirmed. We were advised that service was not proper

20    and that the purported agent for service was not authorized to accept service for the plan.

21    6.    When the removal papers were prepared there was confusion regarding whether

22    the Plan was properly served and for that reason there was a reference in the Notice of Removal

23    that we were informed and believed that the Plan was joining in the removal. My intent was to

24    join in the removal without making a voluntary appearance. I acknowledge that in hindsight,

25    there may have been better methods of expressing the ambiguous state at that moment, but I was

26    authorized to remove and did intend, as set forth in the document itself, to remove the action on

27    behalf of both Prudential and the Plan. For that very reason, the document specifically recites

28    that both defendants are removing the action.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

1        I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct and that this declaration was executed in Los Angeles, California,

3    on December 21, 2007.

4

5

6                                                Ronald K. Alberts

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-3-

DECLARATION OF RONALD K. ALBERTS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]