RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY
PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>               Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA; THE H.F.<br>AHMANSON & COMPANY LONG TERM<br>DISABILITY PLAN; and DOES 1 through 20,<br>INCLUSIVE,<br><br>               Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**DECLARATION OF LEN GIUSTI IN SUPPORT OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND H.F. AHMANSON'S OPPOSITION TO EDWARDS' MOTION TO REMAND**<br><br>Date:        January 3, 2008<br>Time:       2:30 p.m.<br>Location:   Courtroom 6, 17th Floor<br>Before:     Hon. Vaughn R. Walker |

I, Len Giusti, declare as follows:

1. I am an attorney employed by The Prudential Insurance Company of America ("Prudential") in the Group Life and Disability Insurance Division. I am responsible for the assignment and oversight of cases filed against Prudential and the life and disability benefit plans insured by Prudential, including The H.F. Ahmanson & Company Long Term Disability Plan (the "Plan"). In response to this court's order of December 20, 2007, requesting the filing of a declaration regarding proper joinder, and in support of Prudential's opposition to plaintiff's motion to remand, I am providing my declaration.

2. The Complaint in this case was first served on Prudential's agent for service of

PRU/1047840/5272952v.1

-1-

DECLARATION OF LEN GIUSTI IN SUPPORT OF DEFENDANTS'
OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]

1. process, CT Corporation System, Los Angeles, on October 22, 2007.

3. Pursuant to my direction, Gordon & Rees LLP was retained to represent Prudential and removed the action to the U.S. District Court for the Northern District of California by filing a Notice of Removal on November 15, 2007.

4. While the Plan was also a named defendant, for all practical purposes, Prudential is the only party with any financial responsibility for the claims made. The contract between Prudential and the Plan is an insurance policy and if there is any liability for payment of disability benefits, they will be paid by Prudential. As a result, Prudential has authorized Gordon & Rees LLP to represent the Plan as well, when and if they are served. As of the signing of this declaration, I am informed and believe that proper service has never been made on the Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Roseland, New Jersey, on December 20, 2007.

_____
Len Giusti