RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY
PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>                Plaintiff,<br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>                Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**DECLARATION OF THERESA M. MARCHLEWSKI IN SUPPORT OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND H.F. AHMANSON'S OPPOSITION TO EDWARDS' MOTION TO REMAND**<br><br>Date:      January 3, 2008<br>Time:     2:30 p.m.<br>Location: Courtroom 6, 17th Floor<br>Before:   Hon. Vaughn R. Walker |

I, Theresa M. Marchlewski, declare as follows:

1. I am First Vice President and Assistant General Counsel with Washington Mutual Bank ("WaMu"). My office is located in Chatsworth, California. I submit this declaration in support of The Prudential Insurance Company of America ("Prudential") and The H.F. Ahmanson & Company Long Term Disability Plan's (the "Plan") opposition to plaintiff Elizabeth E. Edwards' Motion to Remand, and in response to the court's order, dated December 20, 2007, requesting the filing of a declaration regarding proper, timely joinder in the notice of removal. I have personal knowledge of the matters set forth in my declaration, except those based on information and belief, which I believe to be true. If called as a witness in this action, I

-1-

PRU/1047840/5272953v.1

DECLARATION OF THERESA M. MARCHLEWSKI IN SUPPORT OF DEFENDANTS' OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]

1  could and would testify as follows.

2      2.    I have been employed by WaMu since January 2003. As part of my job duties, I am responsible for overseeing litigation brought against WaMu and its affiliated entities. I also review and assign to other WaMu attorneys and outside counsel all cases brought in California and other states, including ERISA claims.

    3.    WaMu is the successor in interest to The H.F. Ahmanson & Company, the Plan administrator. Edwards' complaint was not, and has not been, served on the Plan through WaMu.

    4.    I authorized counsel for Prudential in this action, Gordon & Rees LLP, to represent WaMu as successor in interest to H.F. Ahmanson & Company and the Plan. I authorized Gordon & Rees LLP to respond on the Plan's behalf and remove Edwards' action to the U.S. District Court for the Northern District of California by filing a Notice of Removal on November 15, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed in Chatsworth, California, on December 26, 2007.

_____
Theresa M. Marchlewski

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
DECLARATION OF THERESA M. MARCHLEWSKI IN SUPPORT OF DEFENDANTS' OPPOSITION TO EDWARDS' MOTION TO REMAND [Case No. 3:07-cv-5807 (VRW)]