UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**VAUGHN R. WALKER**
United States District Chief Judge

**DATE:** January 3, 2008

**COURTROOM DEPUTY:** Cora Klein             **Court Reporter:**   Kathy Powell

**CASE NO.** C 07-5807 VRW

**TITLE:** Elizabeth Edwards v The Prudential Insurance Co of America, et al

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
Terrence Coleman, Brian Kim               Tad Devlin

**PROCEEDINGS:**     1. Def's Motion to Dismiss/Deny Request for Jury Trial
                     2. Pla's Motion For Remand

**RESULTS:**     The Court heard argument from counsel.
                 The Court took the matter(s) under-submission.
                 Court to issue written ruling.