IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH E. EDWARDS,                           No. C 07-5807   VRW

       Plaintiff,                                **CLERK'S NOTICE**

  v.

PRUDENTIAL LIFE INSURANCE
COMPANY OF AMERICA, et al.,

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for February 21, 2008 has been **continued to Thursday, March 27, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: February 13, 2008

                                   FOR THE COURT,
                                   Richard W. Wieking, Clerk

                                   By: /s/ Cora Klein
                                   Cora Klein, Courtroom Deputy Clerk to
                                   Chief Judge Vaughn Walker

**United States District Court**
For the Northern District of California