RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>            Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>            Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties hereby stipulate and request the Case Management Conference set for March 27, 2008 at 3:30 p.m. be continued until April 10, 2008 at 3:30 p.m.

The parties agree to review and comply in all respects with the requirements of Civil LR 16-9 & LR 16-10.

IT IS SO STIPULATED.

DATED: February 14th, 2008            GORDON & REES LLP


                                By_____/s/ (signature)_____
                                TAD A. DEVLIN
                                Attorneys for Defendants
                                THE PRUDENTIAL INSURANCE
                                COMPANY OF AMERICA, REAL PARTY IN
                                INTEREST, and THE H.F. AHMANSON &
                                COMPANY LONG TERM DISABILITY PLAN

DATED: February 14, 2008          PILLSBURY & LEVINSON, LLP

By _____
    Brian Kim
    Attorneys for Plaintiff
    ELIZABETH E. EDWARDS

ORDER

The court having reviewed the parties' stipulation hereby continues the Case Management Conference set for March 27 2008 at 3:30 p.m. until April 10, 2008 at 3:30 p.m.

DATED: _____, 2008

_____
HON. CHIEF JUDGE VAUGHN WALKER

-2-
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:07-CV-5807 (VRW)