```
 1  RONALD K. ALBERTS (SBN 100017)
    TAD A. DEVLIN (SBN 190355)
 2  GORDON & REES LLP
    275 Battery Street, Suite 2000
 3  San Francisco, CA  94111
    Telephone: (415) 986-5900
 4  Facsimile:  (415) 986-8054

 5  Attorneys for Defendants
    THE PRUDENTIAL INSURANCE
 6  COMPANY OF AMERICA, REAL PARTY IN
    INTEREST, AND THE H.F. AHMANSON &
 7  COMPANY LONG TERM DISABILITY PLAN
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>                Plaintiff,<br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>                Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**STIPULATION AND** ~~[PROPOSED]~~ **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties hereby stipulate and request the Case Management Conference set for March 27, 2008 at 3:30 p.m. be continued until April 10, 2008 at 3:30 p.m.

The parties agree to review and comply in all respects with the requirements of Civil LR 16-9 & LR 16-10.

IT IS SO STIPULATED.

DATED: February 14th, 2008          GORDON & REES LLP


                                    By_____/s/ CKd/_____
                                    TAD A. DEVLIN
                                    Attorneys for Defendants
                                    THE PRUDENTIAL INSURANCE
                                    COMPANY OF AMERICA, REAL PARTY IN
                                    INTEREST, and THE H.F. AHMANSON &
                                    COMPANY LONG TERM DISABILITY PLAN

DATED: February 14, 2008          PILLSBURY & LEVINSON, LLP

By _____
   Brian Kim
   Attorneys for Plaintiff
   ELIZABETH E. EDWARDS

**ORDER**

The court having reviewed the parties' stipulation hereby continues the Case Management Conference set for March 27 2008 at 3:30 p.m. until April 10, 2008 at 3:30 p.m.

DATED: _____February 15_____, 2008

HON. CHIEF JUDGE VAUGHN WALKER

GRANTED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:07-CV-5807 (VRW)