UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : __April 10, 2008__

**C 07-5807  VRW   Elizabeth E. Edwards   v  The Prudential Insurance Co of America et al**

Attorneys : For Plaintiff(s):    Terrence J. Coleman, Brian H. Kim

        For Defendant(s):    Tad Devlin

Deputy Clerk: Cora Klein                                   Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

SCHEDULE:

Discovery Cutoff:   September 2, 2008

Trial briefs filing:
        First Brief to be filed : September 11, 2008.
        Second Brief to be filed: October 2, 2008.

        HEARING:   October 16, 2008  at 2:30 p.m.

PRETRIAL CONFERENCE:
        Parties are excused from the requirements of the Rule 16 pretrial conference
        and related pretrial filings.