```
 1  Terrence J. Coleman   (State Bar No. 172183)
    Brian H. Kim          (State Bar No. 215492)
 2  PILLSBURY & LEVINSON, LLP
    The Transamerica Pyramid
 3  600 Montgomery Street, 31st Floor
    San Francisco, California 94111
 4  Telephone: (415) 433-8000
    Facsimile: (415) 433-4816
 5  E-mail: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
 6
    Attorneys for Plaintiff,
 7  ELIZABETH E. EDWARDS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:07-CV-5807 (VRW)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STANDARD OF REVIEW |

### STIPULATION

The parties, by and through their attorneys, hereby stipulate that the applicable judicial standard of review to govern in this case is *de novo*.

Dated: June 19, 2008          PILLSBURY & LEVINSON, LLP


                              By _____/s/_____
                                 Brian H. Kim
                                 Attorneys for Plaintiff
                                 ELIZABETH E. EDWARDS

```
 1  Dated: June 19, 2008                GORDON & REES, LLP
 2
 3                                      By _____
                                           Tad A. Devlin
 4                                         Jennifer L. Marks
                                           Attorneys for Defendants
 5                                         THE PRUDENTIAL
                                           INSURANCE COMPANY OF
 6                                         AMERICA AND THE H.F.
                                           AHMANSON & COMPANY
 7                                         LONG TERM DISABILITY PLAN
 8
 9                              [PROPOSED] ORDER
10       Pursuant to the stipulation set forth above, IT IS SO ORDERED.
11  Dated: June ____, 2008
                                        _____
12                                      Hon. Vaughn R. Walker
                                        United States District Court
```