| | |
|---|---|
| 1 | Terrence J. Coleman (State Bar No. 172183) |
| | Brian H. Kim (State Bar No. 215492) |
| 2 | PILLSBURY & LEVINSON, LLP |
| | The Transamerica Pyramid |
| 3 | 600 Montgomery Street, 31st Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 433-8000 |
| | Facsimile: (415) 433-4816 |
| 5 | E-mail: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com |

Attorneys for Plaintiff,
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH E. EDWARDS, | ) | Case No. 3:07-CV-5807 (VRW) |
| Plaintiff, | ) | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STANDARD OF REVIEW |
| v. | ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |

## STIPULATION

The parties, by and through their attorneys, hereby stipulate that the applicable judicial standard of review to govern in this case is *de novo*.

Dated: June 19, 2008            PILLSBURY & LEVINSON, LLP

                                By ____/s/____
                                Brian H. Kim
                                Attorneys for Plaintiff
                                ELIZABETH E. EDWARDS

---

JOINT STIPULATION REGARDING STANDARD OF REVIEW         Case No. 3:07-CV-5807 (VRW)

1

1  Dated: June 19, 2008

GORDON & REES, LLP

By _____
Tad A. Devlin
Jennifer L. Marks
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN

[PROPOSED] ORDER

Pursuant to the stipulation set forth above, IT IS SO ORDERED.

Dated: June 23, 2008

_____
Hon. Vaughn R. Walker
United States District Court

IT IS SO ORDERED
Judge Vaughn R Walker

---

JOINT STIPULATION REGARDING STANDARD OF REVIEW   2   Case No. 3:07-CV-5807 (VRW)