**FILED**
AUG 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Edwards, | No. C 07-05807 VRW MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| The Prudential Insurance Company of America, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) August 6, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no — But follow-up contemplated

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☒ phone discussions expected by (date) August 22, 2008
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: August 6, 2008

Mediator, Michael J. Loeb
JAMS
2 Embarcadero Center, 15th Fl.
San Francisco, CA 94111

**Certification of ADR Session**
07-05807 VRW MED