Terrence J. Coleman  (State Bar No. 172183)
Brian H. Kim         (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; et al.,<br><br>Defendants. | Case No.  3:07-CV-5807 (VRW)<br><br>**JOINT STIPULATION REGARDING ERISA ADMINISTRATIVE RECORD**<br><br>**[FILED CONCURRENTLY WITH PLAINTIFF'S FED. R. CIV. P. RULE 52 MOTION FOR JUDGMENT]**<br><br>Date:       October 16, 2008<br>Time:       2:30 p.m.<br>Courtroom:  6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker |

**STIPULATION**

Plaintiff Elizabeth E. Edwards and Defendants The Prudential Insurance Company of America and The H.F. Ahmanson & Company Long Term Disability Plan hereby stipulate that the following documents and video files submitted to the plan administrator constitute the Administrative Record in this matter under the Employment Retirement Income Security Act of 1974 ("ERISA"), which is attached in its entirety to this Stipulation:

E 00001-E 01585 (Prudential's claim file documents)

PRUE 001226-001229 (Surveillance video of Plaintiff Elizabeth E. Edwards taken on

1  December 19, 20, 21 of 2004, and on August 17, 18, and 25 of 2005).

2      The Administrative Record has been redacted in compliance with Local Rule 3-17. An unredacted copy of the Administrative Record has previously been provided to all parties.

Dated:  September 11, 2008        PILLSBURY & LEVINSON, LLP

                                        By:    /s/ Brian H. Kim
                                                Terrence J. Coleman
                                                Brian H. Kim
                                                Attorneys for Plaintiff
                                                ELIZABETH E. EDWARDS

Dated:  September 11, 2008        GORDON & REES, LLP

                                        By:    /s/ Tad A. Devlin
                                                Ronald K. Alberts
                                                Tad A. Devlin
                                                Shannon Victor
                                                Attorneys for Defendants
                                                THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN