1  Terrence J. Coleman   (State Bar No. 172183)
   Brian H. Kim         (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery St., 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

6  Attorneys for Plaintiff
   ELIZABETH E. EDWARDS
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  ELIZABETH E. EDWARDS,              )   Case No.  3:07-CV-5807 (VRW)
                                       )
12              Plaintiff,             )   **MANUAL FILING NOTIFICATION**
                                       )   **OF ERISA ADMINISTRATIVE**
13  v.                                 )   **RECORD**
                                       )
14  THE PRUDENTIAL INSURANCE           )   **[FILED CONCURRENTLY WITH**
    COMPANY OF AMERICA; THE H.F.       )   **PLAINTIFF'S FED. R. CIV. P. RULE**
15  AHMANSON & COMPANY LONG TERM       )   **52 MOTION FOR JUDGMENT]**
    DISABILITY PLAN; et al.,           )
16                                     )   Date:       October 16, 2008
                Defendants.            )   Time:       2:30 p.m.
17                                     )   Courtroom:  6, 17th Floor
    _____)   Judge:      Hon. Vaughn R. Walker
18

19              MANUAL FILING NOTIFICATION

20         PLEASE TAKE NOTICE THAT Plaintiff Elizabeth E. Edwards hereby manually files

21  the ERISA Administrative Record contained in the Stipulation Regarding ERISA

22  Administrative Record entered into by the parties on September 11, 2008.  The ERISA

23  Administrative Record consists of the claim file of Defendant The Prudential Life Insurance

24  Company of America ("Prudential") in connection with the long-term disability benefits claim

25  submitted by Plaintiff, and is comprised of documents Bates labeled E 00001-01585 and four

26  compact discs Bates labeled PRUE 001226-001229.

27         This filing is in paper and physical form only.  If you are a participant in this case, this

28  filing will be served in hard-copy shortly.  For information on retrieving this filing directly

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

from the court, please see the court's main web site at http://www.cand.uscourts.gov under

Frequently Asked Questions (FAQ).

The reasons for the manual filing are as follows:  1) the size of E 00001-01585 exceeds the limits specified on the ECF website and the Electronic Case Filing Administrative Policies and Procedures Manual; and 2) PRUE 001226-001229 are non-graphical/textual audio files on compact discs.

Dated:  September 11, 2008                    PILLSBURY & LEVINSON, LLP


By:    /s/ Brian H. Kim
       Terrence J. Coleman
       Brian H. Kim
       Attorneys for Plaintiff
       ELIZABETH E. EDWARDS

PLAINTIFF'S MANUAL FILING NOTIFICATION OF
ERISA ADMINISTRATIVE RECORD                    Case No. 3:07-CV-5807 (VRW)