Terrence J. Coleman    (State Bar No. 172183)
Brian H. Kim    (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>               Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; et al.,<br><br>               Defendants. | Case No.  3:07-CV-5807 (VRW)<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT A TO DECLARATION OF ELIZABETH E. EDWARDS IN SUPPORT OF PLAINTIFF'S FED. R. CIV. P. RULE 52 MOTION FOR JUDGMENT**<br><br>**[FILED CONCURRENTLY WITH PLAINTIFF'S FED. R. CIV. P. RULE 52 MOTION FOR JUDGMENT]**<br><br>Date:     October 16, 2008<br>Time:    2:30 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:   Hon. Vaughn R. Walker |

MANUAL FILING NOTIFICATION

PLEASE TAKE NOTICE THAT Plaintiff Elizabeth E. Edwards hereby manually files

Exhibit A of the Declaration of Elizabeth E. Edwards in support of Plaintiff's Fed. R. Civ. P.

Rule 52 Motion for Judgment.  Exhibit A consists of a compact disc containing an audio

recording of Bruce A. Kolman, OTR taken by Plaintiff at the ErgoScience facility in Santa

Rosa, California on April 13, 2006.  A duplicate copy of Exhibit A was produced in discovery

and Bates Labeled E 01587.

1    This filing is in physical form only.  If you are a participant in this case, this filing will

2    be served in hard copy form shortly.  For information on retrieving this filing directly from the

3    court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently

4    Asked Questions (FAQ).

5    The reason for the manual filing is that Exhibit A is a non-graphical/textual audio file

6    on a compact disc.

7    Dated:  September 11, 2008                    PILLSBURY & LEVINSON, LLP

8

9                                    By:    /s/ Brian H. Kim
                                           Terrence J. Coleman
10                                          Brian H. Kim
                                           Attorneys for Plaintiff
11                                          ELIZABETH E. EDWARDS

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

PLAINTIFF'S MANUAL FILING NOTIFICATION OF EXHIBIT A TO
EDWARDS DECLRATION IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT    Case No. 3:07-CV-5807 (VRW)