1  Terrence J. Coleman   (State Bar No. 172183)
2  Brian H. Kim          (State Bar No. 215492)
   PILLSBURY & LEVINSON, LLP
3  The Transamerica Pyramid
   600 Montgomery St., 31st Floor
4  San Francisco, California 94111
   Telephone: (415) 433-8000
5  Facsimile:  (415) 433-4816
   Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com
6
7  Attorneys for Plaintiff
   ELIZABETH E. EDWARDS
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  ELIZABETH E. EDWARDS,              )    Case No.  3:07-CV-5807 (VRW)
                                       )
13              Plaintiff,             )    **DECLARATION OF BRIAN H. KIM**
                                       )    **IN SUPPORT OF PLAINTIFF'S FED.**
14  v.                                 )    **R. CIV. P. RULE 52 NOTICE OF**
                                       )    **MOTION AND MOTION FOR**
15  THE PRUDENTIAL INSURANCE           )    **JUDGMENT**
    COMPANY OF AMERICA; THE H.F.       )
16  AHMANSON & COMPANY LONG TERM       )
    DISABILITY PLAN; et al.,           )    Date:      October 16, 2008
17                                     )    Time:      2:30 p.m.
                Defendants.            )    Courtroom: 6, 17th Floor
18                                     )    Judge:     Hon. Vaughn R. Walker
                                       )
19  _____

20      I, Brian H. Kim, declare:

21      1.      I am an attorney at law duly admitted to practice in the State of California and

22  before the Northern District.  I am an associate in the law firm of Pillsbury & Levinson, LLP,

23  counsel of record for plaintiff Elizabeth E. Edwards in the above action.  I make this

24  declaration of my own personal knowledge and, if called as a witness, I could and would

25  competently testify as to the matters set forth herein.

26      2.      During the course of our representation of Ms. Edwards, our office received an

27  x-ray of Elizabeth Edwards' spine following her back surgery performed by orthopedic

28  surgeon Kenneth Light, M.D. on February 5, 2002, which consisted of a spinal fusion at L4-

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

S1, a laminotomy at L4-5, and insertion of six pedicle screws and four rods in her spine. This x-ray is repeatedly referenced throughout Prudential's claim file. Administrative Record (E 00854, 01283, 01287). Our office arranged to have the x-ray converted into a JPEG image and had a copy of the image Bates labeled E 1586 produced to Defendants' counsel on a compact disc. Attached **Exhibit A** is a true and correct copy of the JPEG image provided to Defendants' counsel, converted to PDF format. No Photoshop or other enhancements or alternations were made of the x-ray image.

3.      I reviewed the entire ERISA Administrative Record that is Bates labeled E 00001-01585 and PRUE 001226-001229. For the Court's ease of reference, I prepared an appendix showing each record of treatment of Ms. Edwards for her disability by her orthopedic surgeon and treating physician Kenneth Light, M.D. that was contained in the Administrative Record. For each record, the appendix shows the date of treatment, the treatment description (examination, office visit, etc.) and the Bates numbers of the record. Attached as **Exhibit B** is a true and correct copy of the appendix of Dr. Light's records of treatment.

4.      For the Court's ease of reference, I also prepared an appendix showing each record of treatment of Ms. Edwards for her disability by her pain management specialist and treating physician Wayne Wolfe, M.D. that was contained in the Administrative Record. For each record, the appendix shows the date of treatment, the treatment description (examination, office visit, etc.) and the Bates numbers of the record. Attached as **Exhibit C** is a true and correct copy of the appendix of Dr. Wolfe's records of treatment.

5.      For the Court's ease of reference, I also prepared an appendix showing each record of treatment of Ms. Edwards for her disability by all other medical providers, excluding those records from Dr. Light and Dr. Wolfe. For each record, the appendix shows the date of treatment, the treatment description (examination, office visit, etc.) and the Bates numbers of the record. Attached as **Exhibit D** is a true and correct copy of the appendix of the records of treatment from medical providers other than Dr. Light and Dr. Wolfe.

///

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1         I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct.  Executed this 11th day of September, 2008 in San Francisco,

3    California.

4                                           /s/ Brian H. Kim

5                                         Brian H. Kim

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

KIM DECL. IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT        Case No. 3:07-CV-5807 (VRW)