EDWARDS vs PRUDENTIAL
APPENDIX OF MEDICAL TREATMENT FOR DISABILITY
BY KENNETH LIGHT, M.D.

| Number | Date | Type of Treatment | Provider | Bates# |
|---|---|---|---|---|
| 1. | 8/12/98 | Examination-Review of MRI | Kenneth Light, MD | E 01452-01453 |
| 2. | 10/14/98 | Office visit-Review of MRI | Kenneth Light, MD | E 01453 |
| 3. | 1/12/99 | **Surgery**-Anterior discetomy and fusion, L4-L5, L5-S1 with BAK device | Kenneth Light, MD | E 01453, 01456-01458 |
| 4. | 1/18/99 | Discharge summary- Examination- Tenderness at L4-5 and L5-S1 | Kenneth Light, MD | E 01459 |
| 5. | 2/10/99 | Examination | Kenneth Light, MD | E 01453-01454 |
| 6. | 3/31/99 | Examination | Kenneth Light, MD | E 01454 |
| 7. | 4/28/99 | Examination-Review of x-rays | Kenneth Light, MD | E 01454 |
| 8. | 5/26/99 | Examination-Review of x-rays | Kenneth Light, MD | E 01429, 01442, 01455 |
| 9. | 7/21/99 | Examination | Kenneth Light, MD | E 01429, 01442, 01445 |
| 10. | 9/22/99 | Examination-Review of x-rays | Kenneth Light, MD | E 01429, 01442 |
| 11. | 11/3/99 | Examination | Kenneth Light, MD | E 01403, 01408, 01414, 01430 |
| 12. | 11/30/99 | Office visit | Kenneth Light, MD | E 01411 |
| 13. | 12/22/99 | Office visit | Kenneth Light, MD | E 01396, 01411, 01425, 01426 |
| 14. | 3/8/00 | Office visit-Review of CAT scan, MRI | Kenneth Light, MD | E 00844, 01403-01404, 01414-01415 |
| 15. | 4/5/00 | Examination | Kenneth Light, MD | E 00844, 01387, 01389 |
| 16. | 6/14/00 | Examination-Review of x-rays | Kenneth Light, MD | E 01353, 01370 |
| 17. | 9/13/00 | Examination-Review of x-rays | Kenneth Light, MD | E 01352, 01361 |
| 18. | 12/13/00 | Office visit | Kenneth Light, MD | E 01327 |
| 19. | 6/6/01 | Examination | Kenneth Light, MD | E 00862 |
| 20. | 10/10/01 | Office visit | Kenneth Light, MD | E 01284 |
| 21. | 1/30/02 | Office visit | Kenneth Light, MD | E 01283 |
| 22. | 2/5/02 | **Surgery**: L4-S1 posterolateral fusion, L4-5 laminotomy & insertion of | Kenneth Light, MD | E 00853-00854, 01286-01287 |

1

EDWARDS vs PRUDENTIAL
APPENDIX OF MEDICAL TREATMENT FOR DISABILITY
BY KENNETH LIGHT, M.D.

| Number | Date | Type of Treatment | Provider | Bates# |
|---|---|---|---|---|
| | | epidural catheter. | | |
| 23. | 3/6/02 | Examination-1 month post-operation | Kenneth Light, MD | E 01282-01283, |
| 24. | 4/10/02 | Examination | Kenneth Light, MD | E 00845, 01282 |
| 25. | 5/22/02 | Examination | Kenneth Light, MD | E 01282 |
| 26. | 7/10/02 | Examination | Kenneth Light, MD | E 01282 |
| 27. | 8/21/02 | Examination | Kenneth Light, MD | E 00835, 00837-00838 |
| 28. | 10/2/02 | Examination, review of x-rays | Kenneth Light, MD | E 00835 |
| 29. | 3/5/03 | Examination | Kenneth Light, MD | E 00802 |
| 30. | 5/21/03 | Examination, review of x-rays | Kenneth Light, MD | E 00470, 00798 |
| 31. | 3/31/04 | Examination | Kenneth Light, MD, Orthopedic | E 00594 |
| 32. | 7/7/04 | Examination | Kenneth Light, MD, | E 00593 |
| 33. | 10/6/04 | Examination | Kenneth Light, MD | E 00592 |
| 34. | 1/25/05 | Examination | Kenneth Light, MD, | E 00591 |
| 35. | 3/29/06 | Examination-Restrictions listed for work capacity assessment. | Kenneth Light, MD, | E 00090, 00169 |
| 36. | 8/3/06 | Examination-EMG/NC recommended | Kenneth Light, MD, | E 00106 |
| 37. | 9/6/06 | Examination- Restriction of flexion by 50%. Extension & abduction diminished. EMG studies show radiculopathy @ L4-S1 & abnormality @ L3. | Kenneth Light, MD, | E 00105 |
| 38. | 12/20/06 | Examination | Kenneth Light, MD, | E 00104 |
| 39. | 2/22/07 | Office visit | Kenneth Light, MD, | E 00103 |