### EDWARDS vs PRUDENTIAL
### APPENDIX OF MEDICAL TREATMENT FOR DISABILITY
### BY WAYNE WOLFE, M.D.

| Number | Date | Type of Treatment | Provider | Bates# |
|--------|------|-------------------|----------|--------|
| 1. | 1/15/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00544-00546 |
| 2. | 1/28/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00541-00543 |
| 3. | 2/10/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00538-00540 |
| 4. | 2/27/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00535-00537 |
| 5. | 3/15/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00532-00534 |
| 6. | 3/26/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00529-00531 |
| 7. | 4/12/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00526-00528 |
| 8. | 5/4/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00523-00525 |
| 9. | 5/27/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00520-00522 |
| 10. | 6/10/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00517-00519 |
| 11. | 6/14/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00514-00516 |
| 12. | 6/29/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00511-00513 |
| 13. | 7/23/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00508-00510 |
| 14. | 8/3/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00505-00507 |
| 15. | 8/10/04 | Office visit: Pain range 2.5-9/10 | Wayne Wolfe, MD Pain Management | E 00502-00504 |
| 16. | 8/24/04 | Office visit: Pain range 2.5-7/10 | Wayne Wolfe, MD Pain Management | E 00499-00501 |
| 17. | 9/7/04 | Office visit: Pain range 2.5-5/10 | Lisa Elvin, NP for Wayne Wolfe, MD Pain Management | E 00496-00498 |
| 18. | 9/22/04 | Office visit: Pain range 2.5-7/10 | Wayne Wolfe, MD Pain Management | E 00493-00495 |
| 19. | 10/5/04 | Office visit: Pain range 2.5-7/10 | Wayne Wolfe, MD Pain Management | E 00490-00492 |
| 20. | 10/19/04 | Office visit: Pain range 2.5-6/10 | Lisa Elvin, NP for Wayne Wolfe, MD Pain Management | E 00487-00489 |

## EDWARDS vs PRUDENTIAL
### APPENDIX OF MEDICAL TREATMENT FOR DISABILITY
### BY WAYNE WOLFE, M.D.

| Number | Date | Type of Treatment | Provider | Bates# |
|--------|------|-------------------|----------|--------|
| 21. | 11/3/04 | Office visit: Pain range 2.5-7/10 | Wayne Wolfe, MD Pain Management | E 00484-00486 |
| 22. | 11/9/04 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00481-00483 |
| 23. | 11/24/04 | Office visit: Pain range 2.5-5/10 | Lisa Elvin, NP for Wayne Wolfe, MD Pain Management | E 00478-00480 |
| 24. | 12/3/04 | Office visit: Pain range 4/10 | Moira Opalka NP for Wayne Wolfe, MD Pain Management | E 00475-00477 |
| 25. | 12/14/04 | Office visit: Pain range 2.5-7/10 | Wayne Wolfe, MD Pain Management | E 00472-00474 |
| 26. | 1/11/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00469-00471 |
| 27. | 2/1/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00466-00468 |
| 28. | 2/22/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00463-00465 |
| 29. | 3/15/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00460-00462 |
| 30. | 3/31/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00457-00459 |
| 31. | 4/14/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00452-00454 |
| 32. | 5/4/05 | Office visit: Pain range 2.5-5/10 | Lisa Elvin, NP for Wayne Wolfe, MD Pain Management | E 00446-00448 |
| 33. | 6/1/05 | Office visit: Pain range 2.5-5/10 | Lisa Elvin, NP for Wayne Wolfe, MD Pain Management | E 00443-00445 |
| 34. | 6/28/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00439-00441 |
| 35. | 7/26/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00436-00438 |
| 36. | 8/25/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00433-00435 |
| 37. | 9/22/05 | Office visit: Pain range 2.5-6/10 | Wayne Wolfe, MD Pain Management | E 00430-00432 |
| 38. | 11/22/05 | Office visit: Pain range 4-5/10 | Moira Opalka, NP for Wayne Wolfe, MD Pain Management | E 00424-00426 |
| 39. | 12/19/05 | Office visit: Pain range 2-5/10 | Wayne Wolfe, MD Pain Management | E 00421-00423 |

EDWARDS vs PRUDENTIAL
APPENDIX OF MEDICAL TREATMENT FOR DISABILITY
BY WAYNE WOLFE, M.D.

| Number | Date | Type of Treatment | Provider | Bates# |
|---|---|---|---|---|
| 40. | 1/4/06 | Office visit: Pain range 2-5/10 | Wayne Wolfe, MD Pain Management | E 00416-00418 |
| 41. | 1/24/06 | Office visit: Pain range 2-5/10 | Wayne Wolfe, MD Pain Management | E 00413-00415 |
| 42. | 3/30/06 | Office visit: Pain range 0-5/10 | Wayne Wolfe, MD, Pain Management | E 00062-00065 |
| 43. | 4/18/06 | Office visit: Pain range 5-7/10 | Wayne Wolfe, MD, Pain Management | E 00063, 00066-00067 |
| 44. | 5/16/06 | Office visit: Pain range 0-5/10 | Wayne Wolfe, MD, Pain Management | E 00068-00070 |
| 45. | 6/13/06 | Office visit: Pain range 2-6/10 | Wayne Wolfe, MD, Pain Management | E 00071-00073 |
| 46. | 7/11/06 | Office visit: Pain range 3-8/10 | Wayne Wolfe, MD, Pain Management | E 00074-00076 |
| 47. | 8/18/06 | Office visit: Pain scale 3/10 | Moira Opalka NP, for Wayne Wolfe, MD, Pain Management | E 00077-00079 |
| 48. | 9/5/06 | Office visit: Pain range 3-8/10 | Wayne Wolfe, MD, Pain Management | E 00080-00082 |
| 49. | 9/15/06 | Office visit: Pain range 2-8/10 | Wayne Wolfe, MD, Pain Management | E 00083-00085 |
| 50. | 11/7/06 | Office visit: Pain range 2-6/10 | Wayne Wolfe, MD, Pain Management | E 00086-00088 |
| 51. | 12/5/06 | Office visit: Pain range 2-6/10 | Wayne Wolfe, MD, Pain Management | E 00089-00091 |
| 52. | 1/9/07 | Office visit: Pain range 2-6/10 | Wayne Wolfe, MD, Pain Management | E 00093-00094 |
| 53. | 2/13/07 | Office visit: Pain range 3-6/10 | Wayne Wolfe, MD, Pain Management | E 00097-00099 |
| 54. | 3/6/07 | Office visit: Pain range 3-6/10 | Wayne Wolfe, MD, Pain Management | E 00100-00102 |
| 55. | 5/10/07 | Office visit: Pain range 3-6/10 | Wayne Wolfe, MD, Pain Management | E 00059-00061 |