EDWARDS vs PRUDENTIAL
APPENDIX OF MEDICAL TREATMENT FOR DISABILITY
BY MISCELLANEOUS TREATMENT PROVIDERS

| Number | Date | Type of Treatment | Provider | Bates# |
|---|---|---|---|---|
| 1. | 8/20/98 | X-ray-Epidural block lumbar spine | Stephen Benzian, MD | E 01468 |
| 2. | 1/12/99 | Preoperative medical Consultation | M. David Cohen, MD | E 01449-01451 |
| 3. | 1/12/99 | X-ray-Lumbosacral spine | Stephen Benzian, MD | E 01465-01466 |
| 4. | 1/12/99 | Surgical pathology report | G.L. Schall, MD | E 01436 |
| 5. | 2/10/99 | X-ray-Lumbosacral spine | Douglas Sheft, MD | E 01464 |
| 6. | 3/31/99 | X-ray-Lumbosacral spine | Sonja Moelleken, MD | E 01463 |
| 7. | 4/28/99 | X-ray-Lumbosacral spine | John Shanser, MD | E 01462 |
| 8. | 5/26/99 | X-ray-Lumbosacral spine | John Shanser, MD | E 01460 |
| 9. | 11/3/99 | X-ray-Lumbosacral spine | Sonia Moellenken, MD | E 01409 |
| 10. | 12/6/99 | Physical therapy | Cheryl Lind, PT | E 01412 |
| 11. | 2/24/00 | CT Scan-Lumbar spine X-ray-Lumbosacral spine | Stephan Benzian, MD | E 01398-01399, 01402-01403, 01410 |
| 12. | 2/29/00 | MRI-Lumbar spine | Douglas Sheft, MD | E 01400-01401, 01406-01407 |
| 13. | 5/15/00 | Neurosurgical evaluation | D. John Borchers III, M.D. | E 01372-01374 |
| 14. | 6/6/00 | Neurosurgical chart note | D. John Borchers III, M.D. | E 01368, 01375 |
| 15. | 6/14/00 | X-ray-Lumbosacral spine | Scott Werden, MD | E 01351 |
| 16. | 8/18/00 | Neurosurgical follow-up consultation | D. John Borchers III, M.D. | E 01362 |
| 17. | 9/13/00 | X-ray-Lumbosacral spine | Scott Werden, MD | E 01351 |
| 18. | 1/11/01 | Neurosurgical evaluation | Jeffrey B. Randall, MD | E 01329-01330 |
| 19. | 3/21/01 | Examination-Discussion of lumbar spine fusion with pedicle screw fixation | Robert Teasdale MD | E 00865 |
| 20. | 3/27/01 | Neurosurgical evaluation | Jeffrey B. Randall, MD | E 01318 |
| 21. | 5/22/02 | X-ray-Lumbosacral spine | Frank Mainzer, MD | E 01290, 01558 |
| 22. | 1/16/03 | Confirmatory evaluation | Masam Hattori, MD | E 00811-817 |
| 23. | 9/6/06 | EMG/NCS: Chronic lumbar radiculopathy @ L3-4-5-S1 with mild denervation (loss of nerve supply) at S1 | Hoyman Hong, MD | E 00213-00216 |