```
Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff
ELIZABETH E. EDWARDS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; et al.,<br><br>    Defendants. | Case No. 3:07-CV-5807 (VRW)<br><br>**DECLARATION OF ELIZABETH EDWARDS IN SUPPORT OF PLAINTIFF'S FED. R. CIV. P. RULE 52 NOTICE OF MOTION AND MOTION FOR JUDGMENT**<br><br>Date:         October 16, 2008<br>Time:        2:30 p.m.<br>Courtroom:  6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker |

I, Elizabeth Edwards, declare:

1.    I am Plaintiff in the above-entitled action. I make this declaration of my own personal knowledge, and if called as a witness, could and would competently testify as to the matters set forth herein.

2.    On or around July 1999, I applied for monthly disability benefits with the Social Security Administration. I received a letter dated November 10, 2000 from Social Security stating that I was entitled to monthly disability benefits beginning July 1999. Since

3. I forwarded the November 10, 2000 letter to Prudential and it is numbered E 01343 in the ERISA Administrative Record. Upon receiving the November 10, 2000 letter, Defendant Prudential Insurance Company of America ("Prudential") required me to pay it $22,650.10 as an "overpayment" of my long-term disability claim with Prudential.

4. On April 13, 2006, I underwent a Functional Capacity Evaluation ("FCE") at ErgoScience in Santa Rosa. Bruce A. Kolman, OTR served as my evaluator. I had brought a tape recorder with me to the FCE, and at the beginning of the FCE, I asked Mr. Kolman if I could record the evaluation. Mr. Kolman said he had to get authorization from his manager, and I saw him go into his office. When Mr. Kolman returned from his office, he told me I could record the evaluation. With his permission, I recorded Mr. Kolman's opening remarks regarding the evaluation. A duplicate copy of my April 13, 2006 audio recording Bates labeled E 01587 was produced in discovery to Defendants' counsel. Attached as **Exhibit A** is a true and correct copy of the April 13, 2006 audio recording with Mr. Kolman's remarks. As reflected in the audio recording, Mr. Kolman stated that I would not be repeating the first three tests of the evaluation at the evaluation's conclusion. I went through the evaluation, and at the end of the evaluation Mr. Kolman never asked me to repeat the first three tests I performed at the beginning of the evaluation, so I did not repeat those tests.

5. I received a transcription of my April 13, 2006 audio recording from my counsel of record Pillsbury & Levinson LLP, which I reviewed and confirmed was an accurate transcription of the contents of my April 13, 2006 audio recording. Attached as **Exhibit B** is a true and correct copy of the transcription of the April 13, 2006 prepared by Pillsbury & Levinson.

///
///
///
///
///

1    I declare under penalty of perjury under the laws of the United States of America that
2 the foregoing is true and correct. Executed this 11th day of September, 2008 in Novato,
3 California.

*Elizabeth Edwards* (signature)
Elizabeth Edwards

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA