**<u>EXHIBIT A</u> TO EDWARDS DECLARATION**

**IS FILED MANUALLY**

Case 3:07-cv-05807-VRW   Document 53-2   Filed 09/11/2008   Page 1 of 1