**Transcription of Bruce Kolman's Opening Remarks Made During Elizabeth Edwards' April 13, 2006 Functional Capacity Evaluation At ErgoScience Facility In Santa Rosa, CA, Recorded By Elizabeth Edwards**

**Edwards:** This is Elizabeth Edwards and I'm at Novacare with Bruce Kolman K O L M A N and he's a physical therapist – occupational therapist – and will be –

**Kolman:** Performing the functional capacity evaluation. (Pause)

**Kolman:** Okay, these are the directions that I've given to all folks that have this evaluation administered to them, and so I'm going to read this to you and then you'll ask me any questions that you want to and you understand it.

**Edwards:** Okay.

**Kolman:** You are going to be tested -- which will require you to use your strength, assume various positions, and perform repetitive movements. In addition, I will briefly evaluate your balance and coordination. I will ask you to repeat the first three tests at the end of the test to determine your endurance. Just as a side note, we won't be doing that part of it. As they've asked me to cut that part out of the test. Um, the purpose of this test is to determine your safe limitations for performing work. I want you to perform to the best of your ability on all tasks, however, I don't want you to hurt yourself by overdoing it on this test. The tasks were designed to challenge everyone and give them maximum safe and physical effort. Therefore, you may not be able to complete all the tasks. Although this is not a test that you can pass or fail, we are looking for your best physical effort. The results of your performance will be reported in terms of what you can do safely. Throughout the test, I want you to let me know if any of the tests cause you pain or significantly increase any pain that you already have. You may stop yourself at any time during the test, and I will be observing you for physical signs that you have reached your maximum effort. For each of these tests, there are specific signs to indicate when a person has reached their safe physical maximum effort. Once these signs are evident, I will stop you and I will not let you go past the point of safe maximum. You can choose to stop yourself before I observe the signs of maximum effort and I will respect your decision. There are good reasons for stopping a task such as joint or muscle pain, shortness of chest pain, shortness of breath, dizziness or fear of re-injury. You are the best judge of your body's abilities and do not allow my observations to pressure you into continuing if you really feel you should stop. Pain is to be

respected and if it builds up too much, you may choose to stop even if you have not reached your maximum. I will document that you stopped yourself on that particular task and you will not be forced to do anything which you do not feel capable of doing. However, it is important for you to know that if I ask you to perform a task, that you do not think you can perform, it is best to at least attempt that task and then (tape stopped) for a period of time. This is the same type of stiffness and soreness that you would feel if you went out and played a sport that you had not played for a long time or did housework or yardwork for the first time in several months. This stiffness and soreness is a normal response and will probably disappear in approximately 24-48 hours. Before you can begin lifting any weights, I will observe the way you lift an empty box. I want to make sure that you are lifting safely for the test. Do you have any questions?

**Edwards:** No, but I understand completely about not wanting to harm myself nor you and I will be very aware of my limitations.

**Kolman:** Okay, well, that's pretty much the explanation and if you want to sign that there. That's implied there at the bottom.

**Edwards:** Okay, I'm signing and signing off.

**Kolman:** Aloha.