1  Terrence J. Coleman  (State Bar No. 172183)
   Brian H. Kim        (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery St., 31st Floor
4  San Francisco, California 94111
   Telephone: (415) 433-8000
5  Facsimile:  (415) 433-4816
6  Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

7  Attorneys for Plaintiff
   ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; et al.,<br><br>Defendants. | Case No. 3:07-CV-5807 (VRW)<br><br>**[PROPOSED] ORDER GRANTING PLIANTIFF'S FED. R. CIV. P. RULE 52 MOTION FOR JUDGMENT**<br><br>Date:         October 16, 2008<br>Time:        2:30 p.m.<br>Courtroom: 6, 17th Floor<br>Judge:       Hon. Vaughn R. Walker |

After full consideration of the evidence, and the written and oral submissions by the parties, IT IS HEREBY ORDERED that the Motion for Judgment of Plaintiff Elizabeth Edwards is hereby granted as follows.

1)  Under section 502(a)(1)(B) of the Employment Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1132(a)(1)(B), Plaintiff is entitled to past long-term disability benefits under the terms of the H.F. Ahmanson & Company Long Term Disability Plan ("Plan") from July 25, 2006 to the present, with interest of 10% or as otherwise provided by law.

///

2)     Defendant The Prudential Insurance Company of America's ("Prudential") series of termination of benefits without good cause constituted a breach of its fiduciary duty of loyalty to Plaintiff under ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3).

3)     Pursuant to the equitable relief provisions of ERISA § 502(a)(3), 29 U.S.C. § 1132(a)(3), Prudential shall pay monthly benefits to Plaintiff under the terms of the Plan through the Plan's maximum benefit period, or Prudential shall be removed as claims fiduciary of the Plan on Plaintiff's claim for disability benefits through the Plan's maximum benefit period.

4)     As a successful party in this action, Plaintiff is entitled to move to recover the reasonable attorney's fees and costs she has incurred in prosecuting this action pursuant to ERISA § 502(g)(1), the amount of which shall be determined by post-judgment motion. 29 U.S.C. § 1132(g)(1).

**IT IS SO ORDERED.**

DATED: _____

                                        HON. VAUGHN R. WALKER
                                      UNITED STATES DISTRICT JUDGE

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111