RONALD K. ALBERTS (SBN 100017)
TAD A. DEVLIN (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, REAL PARTY IN
INTEREST, AND THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; and DOES 1 through 20, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO. 3:07-cv-5807 (VRW)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　　　October 16, 2008<br>Time:　　　　2:30 p.m.<br>Courtroom:　　6, 17th Floor<br>Before:　　　Hon. Vaughn R. Walker |

　　　　The court, having considered the parties' briefs, the Administrative Record, and argument of counsel, hereby orders dismissal of all of Plaintiff Elizabeth Edwards' claims against Defendants The Prudential Insurance Company of America, real party in interest, and The H.F. Ahmanson & Company Long Term Disability Plan with prejudice and awards Defendants their attorney's fees and costs to be determined by Defendants' post-judgment motion.

　　　　IT IS SO ORDERED.

DATED: September ___, 2008

　　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　Vaughn R. Walker
　　　　　　　　　　　　　　　　　Judge of the U.S. District Court
　　　　　　　　　　　　　　　　　Northern District of California

PRU/1047840/5948138v.1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS