1  Terrence J. Coleman   (State Bar No. 172183)
   Brian H. Kim          (State Bar No. 215492)
2  PILLSBURY & LEVINSON, LLP
   The Transamerica Pyramid
3  600 Montgomery St., 31st Floor
   San Francisco, California 94111
4  Telephone: (415) 433-8000
   Facsimile:  (415) 433-4816
5  Email: tcoleman@pillsburylevinson.com, bkim@Pillsburylevinson.com

6  Attorneys for Plaintiff
   ELIZABETH E. EDWARDS
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ELIZABETH E. EDWARDS,            )   Case No. 3:07-CV-5807 (VRW)
                                    )
12              Plaintiff,          )   **CERTIFICATE OF SERVICE FOR**
                                    )   **MANUALLY FILED DOCUMENTS**
13 v.                               )   **RELATING TO PLAINTIFF'S**
                                    )   **FED.R.CIV.P. RULE 52 MOTION**
14 THE PRUDENTIAL INSURANCE         )   **FOR JUDGMENT**
   COMPANY OF AMERICA; THE H.F.     )
15 AHMANSON & COMPANY LONG TERM     )   Date:       October 16, 2008
   DISABILITY PLAN; et al.,         )   Time:       2:30 p.m.
16                                  )   Courtroom:  6, 17th Floor
                Defendants.         )   Judge:      Hon. Vaughn R. Walker
17 _____  )

18
19
20
21
22
23
24
25
26
27
28

-1-
CERTIFICATE OF SERVICE FOR MANUALLY FILED DOCUMENTS
RELATING TO PLAINTIFF'S FED.R.CIV.P. RULE 52 MOTION FOR JUDGMENT          Case No. 3:07-CV-5807 (VRW

# CERTIFICATE OF SERVICE
*Edwards v. The Prudential Insurance Company of America, et al.*

I, the undersigned, declare that I am a citizen of the United States; my business address is The Transamerica Pyramid, 600 Montgomery Street, 31st Floor, San Francisco, California 94111; I am employed in the City and County of San Francisco; I am over the age of eighteen (18) years and not a party to the within action.

On September 12, 2008, I served the foregoing document(s) described as:

- **Administrative Record (on CD) (Manually Filed) to Plaintiff's Fed.R.Civ.P. Rule 52 Motion for Judgment (e-filed on September 11, 2008)**
- **Exhibit "A" to Elizabeth Edwards Declaration In Support of Plaintiff's Fed.R.Civ.P. Rule 52 Motion for Judgment (e-filed on September 11, 2008)**
- **Surveillance CDs (Manually Filed) to Plaintiff's Fed.R.Civ.P. Rule 52 Motion for Judgment (e-filed on September 11, 2008)**

on the interested party(ies) in this action by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Ronald K. Alberts<br>Tad A. Devlin<br>Gordon & Rees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Tel. 415-986-5900<br>Fax 415-986-8054 | Attorneys for Defendants<br>The Prudential Insurance Company of America<br>and The H.F. Ahmanson & Company Long Term Disability Plan |

☐ **BY FACSIMILE:** In addition to service by mail, on this date I transmitted a copy of the foregoing document(s) to the facsimile number(s) shown above.

☒ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by WESTERN MESSENGER, a local San Francisco messenger service, by hand on the same day, addressed to the interested party(ies) at the address(es) set forth above.

☐ **BY FEDERAL EXPRESS:** I caused such envelope(s) to be delivered by FEDERAL EXPRESS, overnight delivery, addressed to the interested party(ies) at the address(es) set forth above.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 12, 2008, at San Francisco, California.

Jennifer Smith