IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ELIZABETH E EDWARDS,**

    Plaintiff,

    v

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE HF AHMANSON & COMPANY LONG TERM DISABILITY PLAN; et al,**

    Defendant.

    No   C-07-5807 VRW

    ORDER

On November 21, 2008, and again on December 5, 2008, the plaintiff in the above-captioned matter requested an additional fourteen (14) days to finalize the settlement agreement and file a stipulation for dismissal. Docs ##69, 70. Initially, the parties had intended to file a stipulation for dismissal by November 20, 2008. Doc #68.

The court GRANTS the request for an additional fourteen (14) days. The parties are directed to file either a stipulation for dismissal or a status update explaining why a stipulation has not been filed by December 19, 2008.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge