Terrence J. Coleman (State Bar No. 172183)
Brian H. Kim (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
Email: tcoleman@pillsburylevinson.com, bkim@pillsburylevinson.com

Attorneys for Plaintiff
ELIZABETH E. EDWARDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH E. EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE H.F. AHMANSON & COMPANY LONG TERM DISABILITY PLAN; et al.,<br><br>    Defendants. | Case No. 3:07-CV-5807 (VRW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff Elizabeth E. Edwards and Defendants The Prudential Insurance Company of America and The H.F. Ahmanson & Company Long Term Disability Plan, through their respective attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein shall be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the dispute. Each party is to bear its own fees and costs.

///
///
///
///

-1-

STIPULATION OF DISMISSAL WITH PREJUDICE
AND [PROPOSED] ORDER THEREON                                    Case No. 3:07-CV-5807 (VRW)

**IT IS SO STIPULATED.**

Dated: January 5, 2009                     PILLSBURY & LEVINSON, LLP

By: /s/ Brian H. Kim
Terrence J. Coleman
Brian H. Kim
Attorneys for Plaintiff
ELIZABETH E. EDWARDS

Dated: January 5, 2009                     GORDON & REES, LLP

By: /s/ Tad A. Devlin
Tad A. Devlin
Attorneys for Defendants
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA; THE H.F. AHMANSON &
COMPANY LONG TERM DISABILITY PLAN

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned matter and all claims of relief therein are dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the dispute. Each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: January 8, 2009

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED.*
*Judge Vaughn R Walker*